B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): <br> The Ryness Company, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all): <br> 14-1878323 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): <br> 801 San Ramon Valley Boulevard <br> Danville, California <br> ZIP CODE 94526 | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP CODE |
| County of Residence or of the Principal Place of Business: <br> Contra Costa | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP CODE | Mailing Address of Joint Debtor (if different from street address): <br> ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): <br> ZIP CODE | |

| Type of Debtor <br> (Form of Organization) <br> (Check one box.) | Nature of Business <br> (Check one box.) | Chapter of Bankruptcy Code Under Which <br> the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) <br> *See Exhibit D on page 2 of this form.* <br> ☑ Corporation (includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) <br> . <br> _____ | ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☑ Other <br> Holding Company <br> **Tax-Exempt Entity** <br> (Check box, if applicable.) <br> ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7   ☐ Chapter 15 Petition for <br> ☐ Chapter 9    Recognition of a Foreign <br> ☑ Chapter 11   Main Proceeding <br> ☐ Chapter 12   ☐ Chapter 15 Petition for <br> ☐ Chapter 13   Recognition of a Foreign <br>            Nonmain Proceeding <br><br> **Nature of Debts** <br> (Check one box.) <br> ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached. <br><br> ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. <br><br> ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box: <br> ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). <br><br> ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). <br><br> Check if: <br> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000. <br> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - <br> Check all applicable boxes: <br> ☐ A plan is being filed with this petition. <br> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors. <br> ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☑ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>The Ryness Company, Inc. | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   None | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐    Exhibit A is attached and made a part of this petition. | X _____<br>     Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No.

# Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

     ☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

     ☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____
         (Name of landlord that obtained judgment)

         _____
         (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case.)* | The Ryness Company, Inc. |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  Not Applicable
_____
Signature of Debtor

X  Not Applicable
_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X  Not Applicable
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |

X  /s/ James S. Monroe
_____
Signature of Attorney for Debtor(s)
James S. Monroe
_____
Printed Name of Attorney for Debtor(s)
Monroe Law Group
_____
Firm Name
101 California Street, #2450
_____
Address  San Francisco, CA 94111
_____

(415) 990-4349          Fax: (415) 723-7423
_____
Telephone Number
2/26/2009
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Not Applicable
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X  Not Applicable
_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

| **Signature of Debtor (Corporation/Partnership)** |

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ George A. Ryness III
_____
Signature of Authorized Individual
George A. Ryness III
_____
Printed Name of Authorized Individual
President
_____
Title of Authorized Individual
2/26/2009
_____
Date

## THE RYNESS COMPANY, INC.
## JOINT CONSENT OF STOCKHOLDERS AND BOARD OF DIRECTORS
## TO ACTION WITHOUT MEETING

The undersigned, being all the holders of the outstanding shares of capital stock of THE RYNESS COMPANY, INC., a California corporation (the "Company"), hereby consent as of February $\underline{18}$, 2009, to the adoption of the following resolution as and for the action of the stockholders and Board of Directors of the corporation without meeting, and agree that this Consent shall be filed with the records of the meetings of the stockholders and Board of Directors and that such resolution may be certified by the Secretary or any other officer of the corporation as being in all respects duly adopted:

## RECITALS

**WHEREAS**, the Company is in serious financial condition and is unable to continue without debt relief; and

**WHEREAS,** it appears that it is in the best interest of the Company, its stockholders and creditors for the Company to immediately commence a case under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code");

## RESOLUTIONS

**NOW, THEREFORE,** be it hereby resolved, that the stockholders and directors find and determine that it is in the best interest of the Company, its stockholders and creditors, for it to commence a case under Chapter 11 of the Bankruptcy Code; and

**BE IT FURTHER RESOLVED** that George A. Ryness III is hereby designated and authorized to act as the authorized representative and "Responsible Individual" for the Company as may be necessary, appropriate and/or required by the Local Rules of the United States Bankruptcy Court for the Northern District of California; and

**BE IT FURTHER RESOLVED** that the officers and agents of the Company be, and each of them hereby is, empowered and directed without further action to prepare, sign, file and prosecute, and cause to be prepared, signed, filed and prosecuted, a petition for relief and documents necessary or proper to the prosecution of a petition for relief under Chapter 11 of the Bankruptcy Code, a sale of assets, financing, a plan of reorganization, or any other lawful purpose under Chapter 11 of the Bankruptcy Code; and

**BE IT FURTHER RESOLVED** that the officers and agents of the Company are authorized, empowered and directed to engage the services of professionals as may be necessary, convenient or appropriate to commence and prosecute the aforementioned Chapter 11 case, and to do all things, and to prepare, sign, and file all papers or documents necessary or proper to the prosecution of said Chapter 11 case.

**STOCKHOLDER(S):**

George A. Ryness III, as Trustee of the
George A. Ryness III and Kathleen A.
Kathleen A. Ryness Trust UTD April 9, 1987

Kathleen A. Ryness, as Trustee of the
George A. Ryness III and Kathleen A.
Kathleen A. Ryness Trust UTD April 9, 1987

**DIRECTOR(S):**

George A. Ryness, III

Kathleen A. Ryness

## THE RYNESS COMPANY, INC.
## SECRETARY'S CERTIFICATE

I, Kathleen Ryness, *hereby certify that I am the duly elected and qualified Secretary of THE RYNESS COMPANY, INC. (the "Company"), a corporation organized and existing under the laws of the State of California and having its principal place of business at 801 San Ramon Valley Boulevard, Danville, California 94526.*

*I further certify that the following resolutions were duly adopted pursuant to a unanimous written consent to action without meeting by the Stockholders and Board of Directors of the corporation as of February 18, 2009.*

## RESOLUTIONS

**NOW, THEREFORE,** be it hereby resolved, that the stockholders and directors find and determine that it is in the best interest of the Company, its stockholders and creditors, for it to commence a case under Chapter 11 of the Bankruptcy Code; and

**BE IT FURTHER RESOLVED** that George A. Ryness III is hereby designated and authorized to act as the authorized representative and "Responsible Individual" for the Company as may be necessary, appropriate and/or required by the Local Rules of the United States Bankruptcy Court for the Northern District of California; and

**BE IT FURTHER RESOLVED** that the officers and agents of the Company be, and each of them hereby is, empowered and directed without further action to prepare, sign, file and prosecute, and cause to be prepared, signed, filed and prosecuted, a petition for relief and documents necessary or proper to the prosecution of a petition for relief under Chapter 11 of the Bankruptcy Code, a sale of assets, financing, a plan of reorganization, or any other lawful purpose under Chapter 11 of the Bankruptcy Code; and

**BE IT FURTHER RESOLVED** that the officers and agents of the Company are authorized, empowered and directed to engage the services of professionals as may be necessary, convenient or appropriate to commence and prosecute the aforementioned Chapter 11 case, and to do all things, and to prepare, sign, and file all papers or documents necessary or proper to the prosecution of said Chapter 11 case.

*I further certify that such resolutions have not been amended, repealed, rescinded or made void, in whole or in part, by any subsequent action of the stockholders or directors of the Company, and that the same is presently in full force and effect.*

*IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of this corporation this* 18 *day of February, 2009.*

Kathleen A. Ryness
*Secretary*

# UNITED STATES BANKRUPTCY COURT

### Northern District of California

In re  The Ryness Company, Inc. ,
     Debtor

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| SEE ATTACHED LIST | | | | |

Date:  2/26/2009

/s/ George A. Ryness III
Debtor

*[Declaration as in Form 2]*

# ATTACHMENT TO FORM B4 (OFFICIAL FORM B)
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of Claim (if secured also state value of security |
|---|---|---|---|---|
| Sixth & Virginia Properties<br>2001 Sixth Avenue<br>Suite 300<br>Seattle, WA 98121 | Sixth & Virginia Properties<br>Attn: A. M. Clise<br>2001 Sixth Avenue<br>Suite 300<br>Seattle, WA 98121<br>(206) 433-1800 | Premises Lease | Disputed<br>Contingent | $411,502.00 |
| CA Redstone Plaza Limited Partnership<br>2010 Main Street<br>Suite 1250<br>Danville, CA 94526 | CA Redstone Plaza Limited Partnership<br>2010 Main Street, Ste. 1250<br>Danville, CA 94526 | Premises Lease | Contingent | $94,333.00 |
| American Assets, Inc.<br>11455 El Camino Real<br>Suite 200<br>San Diego, CA 92130 | American Assets, Inc.<br>C/O Pacific North Holdings LP<br>11455 El Camino Real<br>Suite 200<br>San Diego, CA 92130<br>(858) 350- 2600 | Premises Lease | Contingent | $154,281.00 |
| 801 Partnership<br>801 San Ramon Valley Blvd.<br>Danville, CA 94526 | 801 Partnership<br>801 San Ramon Valley Blvd.<br>Danville, CA 94526<br>(925) 820-3432 | Premises Lease | | $250,313.00 |
| Ikon Financial Services<br>PO Box 650073<br>Dallas, TX 75265-0073 | Ikon Financial Services<br>PO Box 650073<br>Dallas, TX 75265-0073<br>(888) 456-6457 | Equipment Lease | Disputed | $332,000.00 |
| Ikon Office Solutions<br>PO Box 31001-0850<br>Pasadena, CA 91110-0850 | Ikon Office Solutions<br>PO Box 31001-0850<br>Pasadena, CA 91110-0850<br>(888) 456-6457 | Equipment Lease | Disputed | $216,000.00 |
| Hanley Wood, LLC<br>One Thomas Cr. NW<br>Suite 600<br>Washington, DC 20005-5811 | Hanley Wood, LLC<br>Attn: Michael Bender<br>One Thomas Cr. NW<br>Suite 600<br>Washington, DC 20005-5811<br>(202) 452-0800 | Settlement | | $312,000.00 |
| Viewcor Long Beach I, LP<br>4041 MacArthur Blvd.<br>Suite 401<br>Newport Beach, CA 92660 | Viewcor Long Beach I, LP<br>Attn: Pat Patterson<br>4041 MacArthur Blvd., Ste. 401<br>Newport Beach, CA 92660<br>(949) 955-2370 | Settlement | | $132,000.00 |
| Western Pacific Housing<br>5790 Fleet St., #2<br>Carlsbad, CA 92008 | Western Pacific Housing<br>Attn: Ed Gallagher<br>5790 Fleet St., #2<br>Carlsbad, CA 92008<br>(760) 929-1600 | Contract | | $193,000.00 |

# ATTACHMENT TO FORM B4 (OFFICIAL FORM B)
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of Claim (if secured also state value of security |
|---|---|---|---|---|
| D.R. Horton<br>2300 Clayton Road<br>Suite 800<br>Concord, CA 94520 | D.R. Horton<br>Attn: Dan Turpin<br>2300 Clayton Road<br>Suite 800<br>Concord, CA 94520<br>(925) 808-2300 | Contract | | $87,000.00 |
| AICCO<br>Dept. 7615<br>Los Angeles, CA 90084-7615 | AICCO<br>Dept. 7615<br>Los Angeles, CA 90084-7615<br>(877) 615-4242 | Loan | Disputed | $139,592.67 |
| The Seattle Times<br>PO Box 34698<br>Seattle, WA 98123-1698 | The Seattle Times<br>PO Box 34698<br>Seattle, WA 98124-1698<br>(206) 464-2121 | Contract | Disputed | $69,000.00 |
| The Excell Group, Inc.<br>2235 Fairview Avenue E<br>Suite 9<br>Seattle, WA 98102 | The Excell Group, Inc.<br>2235 Fairview Avenue E<br>Suite 9<br>Seattle, WA 98102<br>(206) 390-3536 | Contract | Disputed | $32,495.00 |
| City of LA Tax & Permit Div.<br>PO Box 53200<br>Los Angeles, CA 90053-0200 | City of LA Tax & Permit Div.<br>PO Box 53200<br>Los Angeles, CA 90053-0200<br>(213) 368-7125 | Taxes | | $44,927.00 |
| Adrienne Albert<br>PO Box 31001-0850<br>New York, NY 10021 | Adrienne Albert<br>923 5th Ave., Apt. 11A<br>New York, NY 10021<br>(917) 449-8822 | Loan | | $5,500,000.00 |
| Brian Connelly<br>One Thomas Cr. NW<br>Suite 600<br>1833 Altamira Place<br>San Diego, CA 92103 | Brian Connelly<br>Attn: Affinity Law Group<br>600 W. Broadway, Ste., 400<br>San Diego, CA 92101<br>(760) 432-8656 | Settlement | | $60,000.00 |
| Don Anderson<br>1095 Summit Trail<br>Escondido, CA 92025. | Don Anderson<br>1095 Summit Trail<br>Escondido, CA 92025<br>(760) 791-6647 | Deferred Compensation | | $65,361.68 |
| Catherine Nicholas<br>605 San Mario<br>Solana Beach, CA 92075 | Catherine Nicholas<br>605 San Mario<br>Solana Beach, CA 92075<br>(760) 805-5590 | Deferred Compensation | | $41,161.00 |
| Paul Desmet<br>2365 Romano Circle<br>Pleasanton, CA 94566 | Paul Desmet<br>2365 Romano Circle<br>Pleasanton, CA 94566<br>(925) 872-3845 | Deferred Compensation | | $39,655.16 |

# ATTACHMENT TO FORM B4 (OFFICIAL FORM B)
# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of Claim (if secured also state value of security |
|---|---|---|---|---|
| Larry Gildersleeve 3522 207th Avenue SE Sammamish, WA 98075 | Larry Gildersleeve 3522 207th Avenue SE Sammamish, WA 98075 (425) 894-4634 | Deferred Compensation | Disputed | $48,143.96 |
| Laura McKittrick 2235 Fairview Ave East, #9 Seattle, WA 98102 | Laura McKittrick 2235 Fairview Ave East, #9 Seattle, WA 98102 (206) 235-4765 | Deferred Compensation | Disputed | $28,217.00 |
| David Tufts 2959 Andrews Drive NW Atlanta, GA 30305 | David Tufts 2959 Andrews Drive NW Atlanta, GA 30305 (404) 812-1850 | Deferred Compensation | | $700,000.00 |
| AIS American Internet Services 9305 Lightwave Ave., Ste. 100 San Diego, CA 92123 | AIS American Internet Services 9305 Lightwave Ave., Ste. 100 San Diego, CA 92123 (858) 576-4272 | Storage Computer Lease | | $95,904.00 |
| AIG American Int'l Recovery PO Box 3150 Alpharetta, GA 30023 | AIG American Int'l Recovery PO Box 3150 Alpharetta, GA 30023 (617) 457-5800 | Contract | | $25,000.00 |
| Pat Keulen 6276 Skywalker Drive San Jose, CA 95135 | Pat Keulen 6276 Skywalker Drive San Jose, CA 95135 (408) 406-1995 | Deferred Compensations | | $31,000.00 |
| Nathan Brown 285 Oxnard Avenue Palo Alto, CA 94306 | Nathan Brown 285 Oxnard Avenue Palo-Alto, CA 94306 (650) 388-8115 | Deferred Compensation | | $24,500.00 |
| Rick Botelho 303 Windstream Place Danville, CA 94526 | Rick Botelho 303 Windstream Place Danville, CA 94526 (510) 714-0828 | Deferred Compensation | | $20,000.00 |
| Sue Mesak PO Box 620648 Woodside, CA 94062 | Sue Mesak PO Box 620648 Woodside, CA 94562 (650) 879-9300 | Deferred Compensation | | $20,000.00 |
| Melinda Goodbary 1615 Remington Way Lodi, CA 95242 | Melinda Goodbary 1615 Remington Way Lodi, CA 95242 (925) 200-6759 | Deferred Compensation | | $15,000.00 |

James S. Monroe (State Bar No. 102328)
Monroe Law Group
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 869-1575
Facsimile: (415) 723-7423
Email: jim@monroe-law.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| THE RYNESS COMPANY, INC., a California corporation, | Case No. |
| Debtor. | |
| 801 San Ramon Valley Blvd. Danville, CA 94526 | |
| Employer's Tax ID No.: 14-1878323 | |

**CREDITOR MATRIX COVER SHEET**

I, George A. Ryness III, President of the Debtor herein, declare under penalty of perjury that I have read the attached Creditor Mailing List and that said list contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors, and parties in interest, to the best of my knowledge and belief.

Dated: February 26, 2009

*/s/ George A. Ryness III*
George A. Ryness III

CREDITOR MATRIX COVER SHEET

1

I, James S. Monroe, counsel for the Debtor herein, declare that the attached Creditor Mailing

2

Matrix conforms to the Clerk's promulgated requirements.

3

4   Dated: February 26, 2009                    _/s/ James S. Monroe_
                                              James S. Monroe
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CREDITOR MATRIX COVER SHEET

-2-

801 Partnership
801 San Ramon Valley Blvd.
Danville, CA 94526

AAA Business Supplies & Interiors
325 Mendell St.
San Francisco, CA 94124

ADP
P.O. Box 78415
Phoenix, AZ 85062-8415

Aetna (HMO)
P.O. Box 6040
Artesia, CA 90702-0000

Aflac
1932 Wynnton Rd.
Columbus, GA 31993-8601

Aicco Inc.
Dept. 7615
Los Angeles, CA 90084-7615

Aicco Inc.
45 East River Park Place West, Suite 308
Fresno, CA 93707

AIG American International Recovery
P.O. Box 3150
Alpharetta, GA 30023

American Assets, Inc.
C/O: Pacific North Holdings LP
11455 El Camino Real, Suite 200
San Diego, CA 92130

American Express
P.O. Box 0001
Los Angeles, CA 90096-0001

American International Recovery
P.O. Box 105795
Atlanta, GA 30348-9864

American Internet Services
9305 Lightwave Ave., Suite 110
San Diego, CA 92123

AT&T
Payment Center
Sacramento, CA 95887-0001

AT&T Long Distance
P.O. Box 5017
Carol Stream, IL 60197-5017

AT&T Smart Yellow Pages
P.O. Box 989046
West Sacramento, CA 95798-9046

AT&T
P.O. Box 989047
West Sacramento, CA 95798-9047

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

Bay Area Real Estate Info Services, Inc.
P.O. Box 3367
Santa Rosa, CA 94502

Bixby Bit Redstone Plaza LLC
P.O. Box 51011
Los Angeles, CA 90051-1011

CA Redstone Plaza Limited Partnership
Attn: Property Manager
2010 Main St., Suite 1250
Irvine, CA 92614

CA Redstone Plaza Limited Partnership
Equity Office Attn: LA Regional Counsel
One Market, 600 Spear Tower
San Francisco, CA 94105

CA Redstone Plaza Limited Partnership
Studeo, Inc. Attn: David Allen
6405 S. 3000 E.

Salt Lake City, UT 84121
CBS Stationers
P.O. Box 5575
Concord, CA 94524

Charter Communications
P.O. Box 78006
Phoenix, AZ 85062-8006

Cingular Wireless
P.O. Box 6463
Carol Stream, IL 60197-6463

CIT Office & Technology Finance, Inc.
6243 Dartington Way
Carlsbad, CA 92009

CIT Technology Finance Service, Inc.
P.O. Box 100706
Pasadena, CA 91189-0706

Citrix Online
File 50264
Los Angeles, CA 90074-0264

Citrix Online, Inc.
P.O. Box 100706
Pasadena, CA 91189-0706

City of L.A. Tax and Permit Division
P.O. Box 53200
Los Angeles, CA 90053-0200

City of Sacramento
City Hall 915 1st St., Room 1214
Sacramento, CA 95814

City of San Diego Revenue Division
P.O. Box 1768
Newport Beach, CA 92658-8915

City of San Jose Business Tax Section
801 No. First St., Room 217
San Jose, CA 95110

Coffee Ambassador
11760 Sorrento Valley Rd., Suite A
San Diego, CA 92121

Colliers International
4660 La Jolla Village Dr., Suite 200
San Diego, CA 92122

Complex Legal Services, Inc.
Victor Krebs
11760 Sorrento Valley Rd., Suite A
San Diego, CA 92121

Contra Costa Association of Realtors
P.O. Box 5207
Walnut Creek, CA 94596

Cor-O-Van Records Management
Department 2638
Los Angeles, CA 90084-2638

Corporate Express
P.O. Box 71217
Chicago, IL 60694-1217

Corr Solutions, Inc.
11622 El Camino Real, Suite 300
San Diego, CA 92130

Cox, Castle & Nicholson LLP
Attn: Steven Muldowney, Esq.
3300 Irvine Ave., Suite 385
Newport Beach, CA 92660

Cox Communications
P.O. Box 6058
Cypress, CA 90630-0058

Creative Benefits
956 Vale Terrace Dr.
Vista, CA 92084

Crystal Springs
P.O. Box 660579
Dallas, TX 75266-0579

CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-434

CT Corporation
818 West Seventh St.
Los Angeles, CA 90017

Cypress Communications
P.O. Box 536796
Atlanta, GA 30353-6796

Department of Labor & Industries
P.O. Box 34022
Seattle, WA 98124-1022

eFax Corporate, J2 Global Communications
P.O. Box 51873
Los Angeles, CA 90051-6173

Embarq
P.O. Box 660068
Dallas, TX 75266-0068

Employers Compensation Ins., Co.
P.O. Box 52791
Phoenix, AZ 85072

Employment Development Department
State of California
Bankruptcy Unit – MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Federal Express
P.O. Box 7221
Pasadena, CA 91109-7321

First Choice
2423 Verna Ct.
San Leandro, CA 94577

FMT Consultants
5451 Avenida Encinas, Suite A
Carlsbad, CA 92008

Franchise Tax Board
Attn: Chief Counsel
P.O. Box 2229
Sacramento, CA 95812-2229

Franchise Tax Board
7575 Metropolitan Dr., Suite 201
San Diego, CA 92108

Greater Antelope Valley Association of Realtors
1112 West Ave, M-4
Palmdale, CA 93551-1416

Greater Las Vegas Association of Realtors
1750 E. Sahara Ave.
Las Vegas, NV

IKON Financial Services
P.O. Box 650073
Dallas, TX 75265-0073

IKON Office Solutions
P.O. Box 31001-0850
Pasadena, CA 91110-0850

Internal Revenue Service
1301 Clay Street, Stop 1400S
Oakland, CA 94612-5210

Iron Mountain
P.O. Box 27128
New York, NY 10087-7128

Iron Mountain Offsite Data Protection
P.O. Box 27129
New York, NY 10087-7129

Iron Mountain Records Management
P.O. Box 601002
Los Angeles, CA 90060-1002

J. Williams Staffing
19762 Mac Arthur Blvd., Suite 201
Irvine, CA 92612

Kaiser Foundation Health Plan
File 5915
Los Angeles, CA 90074-5915

Kaiser Foundation Health Plan
File 73030
P.O. Box 60000
San Francisco, 91460-3030

Konica Minolta Business Solutions
File 50252
Los Angeles, CA 90074-0252

Lasso Data Systems, Inc.
#2258-13353 Commerce Parkway
Richmond, BC V6V 3A1

Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa St.
Los Angeles, CA 90012

MCI Worldcom Communications
P.O. Box 371873
Pittsburgh, PA 15250-7873

Metrolist Services, Inc.,SAC
P.O. Box 340340
Sacramento, CA 95834-0340

Minolta Business Solutions
P.O. Box 100706
Pasadena, CA 91189-0706

Natomas Crossing
C/O First Bank
P.O. Box 15004
Vallejo, CA 94591-1904

No. San Diego Association of Realtors
904 Sycamore Ave., Suite 104
Vista, CA 92081

One Beacon Insurance
P.O. Box 4002
Woburn, MA 01888-4002

Oregon Dept. of Revenue
P.O. Box 14780
Salem, OR 97309-0469

Oregon Secretary of State, Corp. Division
P.O. Box 4353
Portland, OR 97208

Overhead Advantage, Inc.
16870 West Bernardo Dr., Suite 400
San Diego, CA 92127

Pension Dynamics Corporation
2300 Contra Costa Blvd., Suite 400
Pleasant Hill, CA 94523-3955

Pepper Hamilton, LLP
3000 Two Logan Square, 18th & Arch Sts.
Philadelphia, PA 19103-2799

Personnel Profiles, Inc.
4699 Apple Way
Boulder, CO 80301

Pitney Bowes Global Financial Services
P.O. Box 856460
Louisville, KY 40285-6460

Pitney Bowes, Inc.
P.O. Box 856042
Louisville, KY 40285-6460

Pitney Bowes, Inc.
P.O. Box 856309
Louisville, KY 40285-6390

Principal Life, Dept. 900
P.O. Box 14416
Des Moines, IA 50306-3416

Public Storage, Inc.
11303 Sorrento Valley Rd.
San Diego, CA 92121

Puliz Records Management LV
3833 Octagon Rd.
N. Las Vegas, NV 89030

Real Estate Temps
P.O. Box 18857
Irvine, CA 92623-8857

Safeguard Business Systems, Inc.
P.O. Box 88043
Chicago, IL 60680-1043

San Diego County Treasurer Tax Collector
P.O. Box 129009
San Diego, CA 92112

San Diego Gas & Electric
P.O. Box 25111
Santa Ana, CA 92799-5111

San Ramon Valley Self Storage
1911 San Ramon Valley Blvd.
San Ramon, CA 94583

Sandicor, Inc.
(Oberlin) #120737
5414 Oberlin Dr., Suite 150
San Diego, CA 92121

Schick Records Management
P.O. Box 3627
Tustin, CA 92781

Secretary of State
State of California
1230 J Street
Sacramento, CA 95814-2907

Shred It
P.O. Box 77385
Corona, CA 92877

Shred It
P.O. Box 2077
Vista, CA 92085-2077

Social Security Administration
Chief Counsel, Region IX
75 Hawthorne Street, 4th Floor
San Francisco, CA 94105

Southwest Riverside County MLS
41831 Mcalby Ct., Suite C
Murrieta, CA 92562

Sparkletts
P.O. Box 660579
Dallas, TX 75266

Sprint
P.O. Box 79357
City of Industry, CA 91716-9357

Sprint
#243567815
P.O. Box 4181
Carol Stream, IL 60197-4181

Sprint
#846997514
P.O. Box 219100
Kansas City, MO 64121-9100

State Board of Equalization
Account Analysis & Control
P.O. Box 942879
Sacramento, CA 94279-0029

Susan Chua
1521 Applegate St.
Chula Vista, CA 91913

The Affinity Law Group, APC
600 West Broadway, #400
San Diego, CA 92101

The Excell Group, Inc.
2235 Fairview Avenue E., Suite 9
Seattle, WA 98102

The Hartford
P.O. Box 2907
Hartford, CT 06104-2907

The Seattle Times
P.O. Box 34698
Seattle, WA 98124-1698

The Seattle Times
Acct. 087851013
P.O. Box C34805
Seattle, WA 98124-1805

The Westin Building 6th & Virginia
2001 6th Ave., Suite 300
Seattle, WA 98121

Sixth & Virginia Properties
Attn: A.M. Clise
2001 Sixth Ave., Suite 300
Seattle, WA 98121

Time Warner Cable
P.O. Box 60074
City of Industry, CA 91716-0074

Time Warner Telecom
P.O. Box 172567
Denver, CO 80217-2567

Travelers
CL Remittance Center
Hartford, CT 06183-1008

United Parcel Service
P.O. Box 894820
Los Angeles, CA 90189-4820

United States Postal Service
21201 Oxnard St.
Woodland Hills, CA 91367

United States Postal Service
2605 Camino Tassajara
Danville, CA 94526-9998

United States Postal Service,
Resv. Acct.
P.O. Box 856056
Louisville, KY 40285-6050

USPS
31457344, CMRS-PB Acct. 32544710
P.O. Box 894766
Los Angeles, CA 90189-4766

Ventura County MLS
2350 Wankel Way
Oxnard, CA 93030

Verizon California
P.O. Box 9622
Mission Hills, CA 91346-9688

Verizon California (04)
P.O. Box 9688
Mission Hills, CA 91346-9688

Verizon Wireless
(770183660)
P.O. Box 9622
Mission Hills, CA 91346-9622

Verizon Wireless (NY)
P.O. Box 489
Newark, NJ 07101-0489

Verizon
P.O. Box 1100
Albany, NY 12250-0001

Vision Service Plan (CA)
P.O. Box 45210
San Francisco, CA 94145-5210

Vistage Worldwide, Inc.
File 57158
Los Angeles, CA 90074-7158

1100 Wilshire Associates
201 Spear St., 14th Floor

San Francisco, CA 94105
Arroyo Cordovat, Ltd.
11601 Wilshire Blvd., Suite 1650
Los Angeles, CA 90025

Bella Vista Norte, LLC
5305 E. Second St., Suite 204
Long Beach, CA 90803

Bisno Development Co., LLC
1800 Century Park East, Suite 450
Los Angeles, CA 90067

Brookfield Homes Bay Area, Inc.
500 La Gonda Way, Suite 100
Danville, CA 94526

Brooks Properties, LLC
150 Dubois Street, Suite D
Santa Cruz, CA 95060

Carlyle/Galaxy San Pedro LP
11100 Santa Monica Blvd., Suite 400
Los Angeles, CA 90025

CC Palm Lake, LLC
3456 Camino Del Rio North, Suite 210
San Diego, CA 92108

CC Saddleback, LLC
3456 Camino Del Rio North, Suite 210
San Diego, CA 92108

Champion Development
11601 Wilshire Blvd., Suite 1650
Los Angeles, CA 90025

Cherry Orchard Homes, LLC
750 University Ave., Suite 150
Los Gatos, CA 95032

CHS Development
1528 South El Camino Real, Suite 406
San Mateo, CA 94402

Citymark Development
Attn: Russ Haley
701 B St.
San Diego, CA 92101

Citymark Development
Attn: Rich Gustafson
701 B St.
San Diego, CA 92101

Citymark Union Street, LLC
Attn: Russ Haley
701 B St., Suite 1100
San Diego, CA 92101

Classic Communities, Inc.
1068 East Meadow Cr.
Palo Alto, CA 94303

Coleraine Capital/ TR CO
160 Newport Center Dr., Suite 240
Newport Beach, CA 92660

Coleraine Capital Group, Inc.
3017 Douglas Blvd., Suite 300
Roseville, CA 95661

Core General Contractor
470 South Market St.
San Jose, CA 95113

D.R. Horton
Attn: Ed Galigher
5790 Fleet St., Suite 210
Carlsbad, CA 92008

D.R. Horton
Attn: Joe Hoban
5790 Fleet St., Suite 210
Carlsbad, CA 92008

D.R. Horton
2300 Clayton Rd., Suite 800
Concord, CA 94520

Davlyn Investments
3456 Camino Del Rio North, Suite 210
San Diego, CA 92108

De Mattei Inc.
1794 The Alameda
San Jose, CA 95126

Denova Homes
333 Civic Dr.
Pleasant Hill, CA 94523

Falk Development
3526 Investment Blvd.
Hayward, CA 94545

Five Corners Rialto, LLC
17710 Cowan, Suite 200
Irvine, CA 92614

Forest City Development
949 S. Hope St., Suite 100
Los Angeles, CA 90015

G2 Homes, LLC
100 Barranca Ave., Suite 950
West Covina, CA 91791

G5 Enterprises
9434 Tea Tree Ln.
San Diego, CA 92127

Gatehouse Capital
2651 N. Harwood, Suite 400
Dallas, TX 75201

Gatehouse Hollywood Development, LLC
2651 N. Harwood, Suite 400
Dallas, TX 75201

Gemstone Development West, Inc.
7700 Las Vegas Blvd., Suite 5
Las Vegas, NV 89123

Geoffrey Edmunds & Assoc.
Attn: Matt Montgomery
7040 Scholarship
Irvine, CA 92612

Geoffrey Edmunds & Assoc.
Attn: Geoffrey H. Edmunds
7040 Scholarship
Irvine, CA 92612

Gerding Edlen Development
1308 NW Everett
Portland, OR 97209

Grand Pacific Communities
100 Barranca Ave., Suite 950
West Covina, CA 91791

Grove Station LLC.
3333 E. Concours St., Bldg. 7, Suite 7200
Ontario, CA 91764

Intracorp
4041 MacArthur Blvd., Suite 401
Newport Beach, CA 92660

Intracorp
3300 Irvine Ave., Suite 385
Newport Beach, CA 92660

J.H. Snyder Co.
5757 Wilshire Blvd., Penthouse 30
Los Angeles, CA 90036

Laconia Development
Attn: Richard Garcia
1981 N. Broadway, Suite 415
Walnut Creek, CA 94596

Laconia Development
Attn: Paul Menzies
1981 N. Broadway, Suite 415
Walnut Creek, CA 94596

Larwin Co.
16633 Ventura Blvd., Suite 1300
Encino, CA 91436

Levin Menzies & Associates
1981 N. Broadway, Suite 415
Walnut Creek, CA 94596

LOT 114 Investors, Inc.
1308 NW Everett
Portland, OR 97209

Main Street Concourse, LLC.
1800 Century Park East, Suite 450
Los Angeles, CA 90067

Mandarina Estates, LP
5305 E. Second St., Suite 204
Long Beach, CA 90803

McCarthy Land
15425 Los Gatos Blvd., Suite 102
Los Gatos, CA 95032

Northbrook Homes
4456 Black Ave., #200
Pleasanton, CA 94566

OCEO Corp.
5305 E. Second St., Suite 204
Long Beach, CA 90803

Opus West
7040 Scholarship
Irvine, CA 92612

PC Stockton Investments LP
4695 MacArthur Ct., 11th Floor
Newport Beach, CA 92660

Pinn Bros. Construction, Inc.
2301 Armstrong St., #201
Livermore, CA 94551

Pointe of View
500, 1121 Center Street NW
Calgary, AB, Canada T2E 7K6

Regis Homes, No. Cal
901 Mariners Island Blvd., Suite 700
San Mateo, CA 94404

Regis Homes, Sacramento
1800 Third St., Suite 250
Sacramento, CA 95811

Ryder Companies
1425 Treat Blvd.
Walnut Creek, CA 94596

Santa Cruz River St. Developers
P.O. Box 379
Santa Cruz, CA 95061

Silverstone Communities
1733 Woodside Rd., #125
Redwood City, CA 94061

STG Chandler, LLC
Attn: Ali Razi
2201 Dupont Dr., Suite 300
Irvine, CA 92612

STG Montecito, LLC
Attn: John Hagan
2201 Dupont Dr., Suite 300
Irvine, CA 92612

Stratham Homes, LLC
Attn: John Hagan
2201 Dupont Dr., Suite 300
Irvine, CA 92612

Stratham Homes, LLC
Attn: Ali Razi
2201 Dupont Dr., Suite 300
Irvine, CA 92612

Stratham Homes, LLC
Attn: Tom Jones
2201 Dupont Dr., Suite 300
Irvine, CA 92612

Stratus Development
17710 Cowan, Suite 200
Irvine, CA 92614

Sunwest 29, LLC
29371 Modjeska Canyon Rd.
Silverado, CA 92676

Sunwest Development, LLC
29371 Modjeska Canyon Rd.
Silverado, CA 92676

Tahiti Partners
5305 E. Second St., Suite 204
Long Beach, CA 90803

Taylor Morrison
1180 Iron Point Rd., Suite 100
Folsom, CA 95630

TCRSC Development Ltd. Partnership
949 S. Coast Dr., Suite 400
Costa Mesa, CA 92626

The Burbank Collection, Ltd.
11601 Wilshire Blvd., Suite 1650
Los Angeles, CA 90025

The Carlyle Group
11100 Santa Monica Blvd., Suite 400
Los Angeles, CA 90025

The Martin Group
201 Spear St., 14th Floor
San Francisco, CA 94105

The Plaza-Irvine II, LLC
7040 Scholarship
Irvine, CA 92612

The Plaza-Irvine, LLC
7040 Scholarship
Irvine, CA 92612

The Radco Co.
400 Galleria Parkway, Suite 400
Atlanta, GA 30339

The Willows, LLC
16633 Ventura Blvd., Suite 1300
Encino, CA 91436

Trammell Crow
949 S. Coast Dr., Suite 400
Costa Mesa, CA 92626

Vertical Ventures LLC
1255 Willow Pass Rd.
Concord, CA 94520

Viewcor Long Beach I
4041 MacArthur Blvd., Suite 401
Newport Beach, CA 92660

Cox, Castle & Nicholson LLP
Viewcor, Attn: Steven Muldowney, Esq.
3300 Irvine Ave., Suite 385
Newport Beach, CA 92660

Villa Sienna, LLC
9434 Tea Tree Ln.
San Diego, CA 92127

Warner Center Condominiums, LLC
400 Galleria Parkway, Suite 400
Atlanta, GA 30339

Watt communities
2716 Ocean Park Blvd., #2025
Santa Monica, CA 90405

Western Pacific Housing, Inc.
Attn: Ed Gallagher
5790 Fleet St., Suite 210
Carlsbad, CA 92008

William Fox Homes
3333 E. Concours St., Bldg. 7, Suite 7200
Ontario, CA 91764

William Lyon Homes, Inc.
2603 Camino Ramon, #150
San Ramon, CA 94583

Wilshire Western Condominiums, LLC
949 S. Hope St., Suite 100
Los Angeles, CA 90015

Hanan Abdelmuti
11037 Warner Ave., #337
Fountain Valley, CA 92708

Martha "Patti" Acosta
425 Lexington Avenue
Stockton, CA 95206

Adrienne Albert
923 5th Avenue, Apt, 11A
New York, NY 10021

Tony Ammirato
6520 Getaway Ct.
Orangevale, CA 95662

Don Anderson
1095 Summit Trail
Escondido, CA 92025

Zeny Androus
6757 Huntington Dr.
San Bernardino, CA 92407

Holly Angotti
2994 Matese Dr.
Henderson, NV 89502

Mario Anzaldua
2157 4th Ave.
Sacramento, CA 95818

Glenn Arsenault
3217 Columbia St., #8
San Diego, CA 92103

Lori Asaro
12108 Creekside Ct.
San Diego, CA 92131

Marty Atkinson
5720 Darby Rd.
Rocklin, CA 95765

Tricia Atkinson
1326 Shelby Creek Ln.
San Jose, CA 95120

Ginger Bahena
21550 Burbank Blvd., #301
Woodland Hills, CA 91367

Jennifer Banta
5280 Riverlake Rd.
Discovery Bay, CA 94505

Victoria Bardo
375 Vista Roma Way, #302
San Jose, CA 95136

John Barrett
1792 Creek Dr.
San Jose, CA 95125

Wendy Bartram
2377 Peachtree Cr.
Antioch, CA 94509

Lance Bazil
10300 W. Charleston, #13-401
Las Vegas, NV 89135

Daphne Belshaw
7550 Folsom Auburn Rd., #1113
Folsom, CA 95630

Crystal Bernal Obot
839 Praderia Cr.
Fremont, CA 94539

Elizabeth Bingham
1387 Milano Dr., Unit 4
West Sacramento, CA 95691
Maranda Blanton
1100 Wilshire Blvd., #2712
Los Angeles, CA 90017

Jamie Boone
4834 Ray Ct.
Los Angeles, CA 90041

Rick Botelho
303 Windstream Pl.
Danville, CA 94526

Jennifer Bourque
5569 Arcadia Cr.
Discovery Bay, CA 94505

Bill Brenchley
P.O. Box 338
Saratoga, CA 95071

Julia Bronitskaya
150 Reflections Dr., #21
San Ramon, CA 94583

Nathan Brown
285 Oxford Ave.
Palo Alto, CA 94306

Nicole Burdick
599 West Sombra Way
Mountain House, CA 95391

Melissa Cameron
245 Preakness Cr.
Manteca, CA 95337

Cleo Center
9 Villa Ravenna

Lake Elsinore, CA 92532
Richard Chappell
560 Marble Canyon Ln.
San Ramon, CA 94582

Suzanne Chase
964 Alla Ave.
Concord, CA 94518

Denise Chen
11115 Kilkerran Ct.
Las Vegas, NV 89141

Kwang-Young, Chon
5910 Melanie Ct.
Livermore, CA 94550

Connie Christofferson
4137 Gliding Gulls Ave.
North Las Vegas, NV 89084

Ellie Colarusso
850 Beech St., #405
San Diego, CA 92101

Suzanne Coleman
11020 Crystal Springs Rd.
Santee, CA 92071

Alice Conn
129 Muir Rd.
Martinez, CA 94553

Brian Connelly
1833 Altamira Place
San Diego, CA 92130

Julie Connolly
822 Haight St.
San Francisco, CA 94117

Valerie Conway
1645 North Vine St., #705
Los Angeles, CA 90028

Joe Corso
102 Samantha Rose St.
Henderson, NV 89012

John Costello
2621 Torrey Pines Dr.
Brentwood, CA 94513

Gretchen Courtney
5228 Purple Vista Ct.
North Las Vegas, NV 89031

Cary Cowper
245 Silk Hill Ct.
San Ramon, CA 94582

Sheryl Creswell
1391 Minuet St.
Henderson, NV 89052

Erin Crowley
250 Shadow Run Drive
San Jose, CA 95110

Amy Cunningham
2004 Seascape Blvd.
Aptos, CA 95003

Patricia Cunningham
2950 Sunridge Heights Pkwy., Unit 10
Henderson, NV 89052

Dorothy Cusick
78-830 Spyglass Hill Dr.
La Quinta, CA 92253

Jennifer D'Amelio
3595 Caminito El Rincon, #194
San Diego, CA 92130

Deborah Daniels
29734 Creekbed Rd.
Castaic, CA 91384

Cynthia Deil
35692 Linda Dr.
Fremont, CA 94536

Paul Desmet
2365 Romano Cr.
Pleasanton, CA 94566

Tibor Desumrak
42589 Bellagio Dr.
Indio, CA 92203

Andria Dinerman
850 Tanglewood Dr.
Lafayette, CA 94549

Katarzyna Dratwinska
1041 Winton Dr.
Walnut Creek, CA 94598

Jennifer Dugat
125 El Pinar
Los Gatos, CA 95032

Sophia Duran
5212 Valmar Dr.
Concord, CA 94521

Fran Edwards
1340 Muench Ct.
San Jose, CA 95131

Yuko Ehrie
1225 Island Ave., #510
San Diego, CA 92101

John Eisele
931 Cresent Moon Dr.
North Las Vegas, NV 89031

Jane Enger
30731 Lakemont Dr.
San Ramon, CA 94582

Shawn Essex
P.O. Box 851
Carmel, CA 93921

Terry Essex
P.O. Box 8868
Red Bluff, CA 96080

Becky Fairbanks-Morales
3433 Meadowlands Ln.
San Jose, CA 95135

Mary Lynn Fetting
450 Navaro Way, #102
San Jose, CA 95134

Christopher Fiore
45 Castlewood Dr.
Pleasanton, CA 94566

Cassaundra Fitzgerald
9122 Reales St
Rancho Cucamonga, CA 91737

Yvette Franchini
13080 Four Hills Way
Victorville, CA 93292

Tom Fuller
1887 Irving Ave.
San Diego, CA 92113

Adam Gafke
3338 Mission Creek Ct.
Las Vegas, NV 89135

Dana Gaglione
3443 Gentle Knoll St.
Carlsbad, CA 92010

Roya Gardere
3534 Browntail Way
San Ramon, CA 94582

Stephanie Geno
255 E. Bonneville Ave.
Las Vegas, NV 89101

Sharon Gentry
2867 Vine Ct.
Livermore, CA 94550

Sue Gesner
942 Escondido Ct.
Alamo, CA 94507

Terry Geyer
40534 Avenel Dr.
Palmdale, CA 93551

Larry Gildersleeve
3522 207th Avenue SE
Sammamish, WA 98075

Richard Golden
369 E. Torino Ave.
Las Vegas, NV 89123

Melinda Goodbary
1615 Remington Way
Lodi, CA 95242

Catriona Gordon
215 W. 6th St., #1105
Los Angeles, CA 90014

Jeffrey Gradinger
152 Alamo Square
Alamo, CA 94507

Heidi Graf
930 N. Doheney Dr., #101
West Hollywood, CA 90069

Olga Granik
554 Driscoll Pl.
Palo Alto, CA 94306

Christopher Gray
212 B E. Balboa Blvd.
Newport Beach, CA 92661

Nancy Green
9172 Lawton Pine Ave.
Las Vegas, NV 89129

Randelle Green
7735 Teesdale, Ave.
North Hollywood, CA 91605

Larry Greenberg
7675 Concerto Ln.
San Diego, CA 92127

Emily Greene
1615 Hotel Circle South, #D307
San Diego, CA 92108

Garrett Guedea
17505 Carriage Lamp Way
Morgan Hill, CA 95037

Johanna Gunther
178 Gardengate Ln.
Irvine, CA 92620

Gregory Hannon
209 Massol Ave.
Los Gatos, CA 95030

Jeffrey Hargreaves
20793 Fairway Dr.
Patterson, CA 95363

Chris Hawkins
400 S. Beverly Dr., #214
Beverly Hills, CA 90212

Brian Heffernan
630 W. Sixth St., #409
Los Angeles, CA 90017

Chris Hein
6243 Dartington Way
Carlsbad, CA 92009

Lynda Helling
5350 Dunlay Dr., #3113
Sacramento, CA 95835

Pam Henderson
457 East 169th St.
Carson, CA 90746

Crystal Hernandez
759 Pronto Dr.
San Jose, CA 95123

Michael Hixson
302 W. Juniper Ave.
Santa Ana, CA 92707

Sondra Hostin
1724 Bowcliff Terrace
Westlake Village, CA 91361

Steve Howard
11115 Aqua Vista St., #104
Studio City, CA 91602

Frances Ibay
2641 Heron Ct.
San Jose, CA 95133

Dominique Isselnane
4060 Glencoe, #201
Marina Del Rey, CA 90292

Betsy Jacob
45 White Pine Ln.
Danville, CA 94506

Diane Kane
2714 Sherbear Dr.
San Ramon, CA 94583

Jane Kelleher
43100 30th Street West, #201
Lancaster, CA 93536

Debra Kelly
4768 Mintwood Dr.
Concord, CA 94521

Robyn Kelly
12850 Clayton Rd.
San Jose, CA 95127

Patrick Keulen
6276 Skywalker Dr.
San Jose, CA 95135

Chris King
5535 Sean Circle, #62
San Jose, CA 95123

Sheryl Kohler
22 West Cypress Pl.
Oakley, CA 94561

B. Brad Koski
717 Marjoram Dr.
Brentwood, CA 94513

Rebecca Koski
2515 Benedict Canyon Dr.
Beverly Hills, CA 90210

Victor Krebs
4660 La Jolla Village Dr., #200
San Diego, CA 92122

Sherry Latham
5756 Field Breeze St.
Las Vegas, NV 89148

Caroline Lee
11291 Stonecress Ave.
Fountain Valley, CA 92708

Teresa Leffel
849 Transill Cr.
Santa Clara, CA 95054

Hong "Anne" Liao
334 Pebble Beach Dr.
Brentwood, CA 94513

Sharon Llewelyn
2370 Lansdowne Pl.
Vallejo, CA 94591

Michael Lua
18838 Aldridge Pl.
Rowland Heights, CA 91748

Donna Lutz
1780 Kettner Blvd., #804
San Diego, CA 92101

Elizabeth Lutz
8355 Station Village Ln., #4401
San Diego, CA 92108

Cecelia Maar
4833 Sapphire Way
Cypress, CA 90630

Theresa Maisen
21415 Vera Cr.
Huntington Beach, CA 92648

George Mantor
1611-A S. Melrose Dr., #134
Vista, CA 92081

Sheridan Mantor
1611-A S. Melrose Dr., Box 134
Vista, CA 92081

Tom Masters
140 Walnut Ave.
Santa Cruz, CA 95060

Anne McBee
718 Forward St.
La Jolla, CA 92037

Brenda McCallion
123 East Country Club Drive
Brentwood, CA 94513

Clarence McCullough
7362 Escallonia Ct.
Carlsbad, CA 92011

Laura McKittrick
2235 Fairview Avenue East, #9
Seattle, WA 98102

James McWhorter
6381 Coronado Ave.
Long Beach, CA 90805

John Melka
7174 Via Mariposa Norte
Bonsall, CA 92003

Antonio Mendoza
4241 Becerra Dr.
Fremont, CA 94536

Franchesca Meram
5640 Adobe Falls Pl.
San Diego, CA 92120

Jennifer Merritt
9494 Whellock Way
San Diego, CA 92129

Susan Mesak
P.O. Box 620648
Woodside, CA 94062

Leslie Metoxen
2381 Lilac Cove St.
Las Vegas, NV 89135

Wayne Miller
18 Entrada West
Irvine, CA 92620

Michelle Mills
820 S. Mansfield Ave., #202
Los Angeles, CA 90036

Karla Milton
35547 Felicity Pl.
Cathedral City, CA 92234

Stephanie Monroe
927 Nobel Dr.
Santa Cruz, CA 95060

Lionel Montemayor
P.O. Box 10624
Pleasanton, CA 94588

Lisa Moore
P.O. Box 401531
Las Vegas, NV 89140

Judy Mullen
P.O. Box 321
Tres Pinos, CA 95075

Duane Myles
P.O. Box 41403
Long Beach, CA 90853

Lina Napier
P.O. Box 3111
San Ramon, CA 94583

Thien-Nga "Tinya" Nguyen
718 Ruth Dr.
Pleasant Hill, CA 94523

Catherine Nicholas
605 San Mario
Solana Beach, CA 92075

Deborah Nichols
1641 Stone Canyon Dr.
Roseville, CA 95661

Emily Norton
1800 Glenwood Ln.
Newport Beach, CA 92660

Mary Ann Osborn
13173 Pacific Promenade, #215
Playa Vista, CA 90094

James Park
103 Retreat
Irvine, CA 92603

Judy Park
10101 De Sota Ave., #2
Chatsworth, CA 91311

Colleen Peake
381 West St. Francis
Mountain House, CA 95391

Alison Pearce
P.O. Box 338
Saratoga, CA 95071

Kelly Pearson
2126 Albatross St.
San Diego, CA 92101

Marianne Pepe
2253 Corral Ridge Ave.
Henderson, NV 89052

Keith Petersen
3845 Sacramento Dr.
La Mesa, CA 91941

Sharon Peterson
2312 Oleaster Dr.
San Ramon, CA 94582

James Pieper
740 Mairwood Ct.
San Jose, CA 95120

Kim Pierce
24 Crestview
Aliso Viejo, CA 92656

Erica Pless
3361 South Ridge Dr.
Richmond, CA 94806

Susan Queja
410 Via Primavera
San Jose, CA 95111

Kellie-Rae Rahm
480 Meadow View Dr.
Vacaville, CA 95688

Tracey Ranck
1240 Pinto Ct.
Auburn, CA 95603

Janis Randazzo
19681 Vista Del Valle
Santa Ana, CA 92705

Bonnie Reed-Whitaker
P.O. Box 1114
Cortaro, AZ 85652

Jim Rees
227 Las Lomas
Palm Desert, CA 92260

Traci Rees
1847 N. Euclid Ave.
Upland, CA 91784

Bridget Reeves
212 S. Reeves Dr., #3
Beverly Hills, CA 90212

Cindy Riccardi
9 Purple Hills Ct.
Scotts Valley, CA 95066

Josephine Rice
9710 Troon Ct.
Desert Hot Springs, CA 92240

Alyson Richards
13020 Maxella Ave., #7
Marina Del Rey, CA 90292

Joe Riley
3857 Birch St., #189
Newport Beach, CA 92660

Ana Rubke
260 King St., #265
San Francisco, CA 94107

Barb Russell
256 Bella Vista Ave.
Belvedere, CA 94920

Suzanne Russell
116 Seabright Ave., #20
Santa Cruz, CA 95062

Matthew Rutkowski
118 Ishi Cr.
Sacramento, CA 95833

Bevin Ryness
23874 Doheny Cr.
Wildomar, CA 92595

Saeedeh Saatchi
10934 Salernes St.
Las Vegas, NV 89141

Mark Sanchez
439 N. La Jolla Ave.
Los Angeles, CA 90048

Rashelle Seeger
2455 North Naglee Rd., #264
Tracy, CA 95304

Clifford Seibert
P.O. Box 5617
El Dorado Hills, CA 95762

Pei (Pete) Shen
19 La Mancha Cr.
Salinas, CA 93905

Rhonda Slavik
1100 Wilshire Blvd., #1907
Los Angeles, CA 90017

Keith Smith
931 Crescent Moon Dr.
North Las Vegas, NV 89031

Lexie Smith
P.O. Box 385
Saratoga, CA 95071-0385

Pat Smith
311 Camino Arroyo East
Danville, CA 94506

Lance Sorensen
1195 Marilyn Ln.
Aromas, CA 95004

Kathleen Stercks
P.O. Box 790
Clayton, CA 94517

Patricia Sugiyama
2185 Station Village Way, #2122
San Diego, CA 92108

Shirley Sullivan-Guerrero
P.O. Box 5430
San Jose, CA 95150

Amy Tabor
8166 Tone St.
Las Vegas, NV 89123

Kathy Tan
1717 Aurallia Ln.
Concord, CA 94521

Valerie Taylor
7873 Amarone Pl.
Rancho Cucamonga, CA 91739

Richard Theis
P.O. Box 5617
El Dorado Hills, CA 95762

Loni Thomas
2461 Heatherleaf Ln.
Martinez, CA 94553

Sally Train
1398 Candelero Dr.
Walnut Creek, CA 94598

Danielle Tran
4550 West Sahara Ave., #2120
Las Vegas, NV 89102

Rebecca Travell
17934 Via Ranchero
Yorba Linda, CA 92886

Corey Trovinger
351 North 5th St.
San Jose, CA 95112

Sharon Trupiano
560 Marble Canyon Ln.
San Ramon, CA 94582

David Tufts
2959 Andrews Drive, NW
Atlanta, GA 30305

Kimberly Ussery-Eggleston
6319 Capobella
Aliso Viejo, CA 92656

Cheryl Veneziano
5749 Blackbirch St.
Las Vegas, NV 89148

Benjamin Vogelsang
11 Tweed Ln.
Danville, CA 94526

Russell Vozzella
16 Lake Mendocino Dr.
Rancho Mirage, CCA 92270

Barbara Wagar
13574 Lavendar Way
San Diego, CA 92130

Jimmy Walia
5773 Penwood Ln.
Dublin, CA 94568

Brian Walters
3810 Wilshire Blvd.
Los Angeles, CA 90010

Romayne Wennerstrom
2291 Sierra View Ct.
Riverside, CA 92503

Don Wheaton
5108 Carriage Way
Antioch, CA 94531

Rhonda Whiteside
17305 Arnold Dr.
Sonoma, CA 95476

Sarah Wilcox
P.O. Box 70517
Richmond, CA 94806

Rita Williams
1177 Chatswood Ct.
Walnut Creek, CA 94596

Ryan Williams
5853 Creekside Sands Ln.
Las Vegas, NV 89031

Lindsay Wilson
14205 Flint St.
Overland Park, KS 66221

Jeffrey S. Woerner
1917 Felspar St., #5
San Diego, CA 92109

Hanley Wood, LLC
Attn: Michael Bender
One Thomas Circle NW, Suite 600
Washington, DC 20005-5811

Patrick Youhanna
172 Starfish Ct.
Marina, CA 93933

Jackie Zbur
317 N. Winnipeg Pl., Unit A
Long Beach, CA 90814

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, George A. Ryness III, President of the debtor herein, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated: February 26, 2006

By: /s/ George A. Ryness III
     George A. Ryness III
     President