James S. Monroe (State Bar No. 102328)
Monroe Law Group
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 869-1575
Facsimile: (415) 723-7423
Email: jim@monroe-law.com

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>THE RYNESS COMPANY, INC., a California corporation; THE RYNESS COMPANY CALIFORNIA, INC., a California corporation; and TRC SERVICES CORPORATION, INC., a California corporation,<br><br>                                Debtors.<br><br>801 San Ramon Valley Blvd.<br>Danville, CA 94526<br><br>Employer's Tax ID No.: 14-1878323; 33-0805836; 94-2314419 | Case Nos. 09-41466<br>               09-41475<br>               09-41476<br><br>[Jointly Administered Under Case No. 09-41466; Pleading Applies to All Cases]<br><br>Chapter 11<br><br>**DECLARATION OF JAMES S. MONROE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF COUNSEL**<br><br>[No Hearing Requested] |

I, James S. Monroe, declare as follows:

1. I am an attorney licensed to practice in this State and before this Court and a principal of Monroe Law Group, the proposed counsel for The Ryness Company, a California corporation ("TRC"), The Ryness Company California, Inc., a California corporation ("TRC California"), and TRC Services Corporation, a California corporation ("TRC Services") (collectively, the "Debtors"),

DECLARATION OF JAMES S, MONROE IN SUPPORT OF EX
PARTE APPLICATION IN FOR ORDER AUTHORIZING AND
APPROVING EMPLOYMENT OF COUNSEL

Case: 09-41466   Doc# 35   Filed: 03/16/09   Entered: 03/16/09 15:15:12   Page 1 of 3

debtors and debtors in possession in the above-captioned chapter 11 bankruptcy cases filed on February 26, 2009. I have personal knowledge of the facts set forth in this declaration, and, if called to testify, could and would competently testify thereto. As to those matters stated on information and belief, I believe them to be true.

2. The Debtors' business is the representation of builders, developers and sellers of new home subdivisions, ranging from single family detached developments to urban high-rise condominium projects, as marketer or broker. This business is conducted via the three inter-related corporations that are the Debtors herein. TRC is the holding company for TRC California and TRC Services, and is wholly owned by George and Kathleen Ryness. All business operations occur in TRC California, a licensed broker. Accounting and administrative functions have been provided to the group through TRC Services.

3. This declaration is made in accordance with Rule 2014(a) of the Federal Rules of Bankruptcy Procedure and submitted in support of the Ex Parte Application for Order Authorizing and Approving Employment of Counsel filed concurrently herewith.

4. James S. Monroe has more than 25 years experience in handling Chapter 11 bankruptcy proceedings, has significant knowledge and understanding of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of the United States District Court for the Northern District of California, and specialized skill in bankruptcy matters which will enable Monroe Law Group to provide the Debtors with necessary legal services in the administration of the Bankruptcy Cases.

5. To the best of my knowledge, information, and belief, Monroe Law Group is disinterested as contemplated in Section 101(14) of the Bankruptcy Code as follows:

a. Neither Monroe Law Group nor any of its attorneys or employees is a creditor of the Debtors, except for services provided and expenses incurred for the Debtors in connection with the above-captioned bankruptcy cases to date, which are subject to Bankruptcy Court approval;

b. Neither Monroe Law Group nor any of its attorneys or employees was ever a director, officer, employee, equity security holder or an insider of the Debtors; and

DECLARATION OF JAMES S. MONROE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF COUNSEL

-2-

Case: 09-41466    Doc# 35    Filed: 03/16/09    Entered: 03/16/09 15:15:12    Page 2 of 3

c. Neither Monroe Law Group nor any of its attorneys or employees has any interest materially adverse to the interest of the estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

6. Monroe Law Group has conducted its conflicts and connections review based upon lists of the Debtors' vendors, creditors, employees, members and other parties in interest which the Debtors have provided. Based on this review, to the best of my knowledge, information and belief, Monroe Law Group does not hold or represent an interest adverse to the estates, is disinterested, and, with the exception of the representation of the Debtors prior to the commencement of the cases and the matters described below, Monroe Law Group has no connection with the Debtors, their creditors, or any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee:

a. In the ordinary course of business, Monroe Law Group received payments from the Debtors prior to the commencement of the cases in the amount of $2,502.50 on January 28, 2009 for pre-bankruptcy services rendered in December 2008 and billed in January 2009, and $3,657.50 on February 19, 2009 for pre-bankruptcy services rendered in January and billed in February; and

b. It is possible that the Debtors may have some legal rights against each other as a result of certain of their liabilities or payments made prior to the cases. The undersigned is not presently aware of such circumstances. However, the Debtors have agreed that in the event of a conflict or dispute between them, Monroe Law Group will not represent either party against the other, and each will engage separate counsel to represent them regarding any such dispute.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 15th day of March 2009 at San Francisco, California.

*/s/ James S. Monroe*
James S. Monroe

DECLARATION OF JAMES S. MONROE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF COUNSEL

-3-