James S. Monroe (State Bar No. 102328)
Monroe Law Group
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 869-1575
Facsimile: (415) 723-7423
Email: jim@monroe-law.com

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>THE RYNESS COMPANY, INC., a California corporation; THE RYNESS COMPANY CALIFORNIA, INC., a California corporation; and TRC SERVICES CORPORATION, INC., a California corporation,<br><br>                              Debtors.<br><br>801 San Ramon Valley Blvd.<br>Danville, CA 94526<br><br>Employer's Tax ID No.: 14-1878323; 33-0805836; 94-2314419 | Case Nos. 09-41466<br>                 09-41475<br>               09-41476<br><br>[Jointly Administered Under Case No. 09-41466; Pleading Applies to All Cases]<br><br>Chapter 11<br><br>**DECLARATION OF WILLIAM W. WASHAUER IN SUPPORT OF EX PARTE APPLICATION FOR ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF SPECIAL CORPORATE COUNSEL**<br><br>[No Hearing Requested] |

I, William W. Washauer, declare as follows:

1. I am an attorney licensed to practice in this State and before this Court and a principal of the Law Office of William W. Washauer ("Washauer"), proposed special corporate counsel for The Ryness Company, a California corporation ("TRC"), The Ryness Company California, Inc., a

DECLARATION OF WILLIAM W. WASHAUER IN SUPPORT
OF EX PARTE APPLICATION FOR ORDER AUTHORIZING
AND APPROVING EMPLOYMENT OF SPECIAL CORPORATE
COUNSEL

Case: 09-41466   Doc# 48   Filed: 03/19/09   Entered: 03/19/09 14:50:05   Page 1 of 4

California corporation ("TRC California"), and TRC Services Corporation, a California corporation ("TRC Services") (collectively, the "Debtors"), debtors and debtors in possession in the above-captioned chapter 11 bankruptcy cases filed on February 26, 2009. I have personal knowledge of the facts set forth in this declaration, and, if called to testify, could and would competently testify thereto. As to those matters stated on information and belief, I believe them to be true.

2. The Debtors' business is the representation of builders, developers and sellers of new home subdivisions, ranging from single family detached developments to urban high-rise condominium projects, as marketer or broker. This business is conducted via the three inter-related corporations that are the Debtors herein. TRC is the holding company for TRC California and TRC Services, and is wholly owned by George and Kathleen Ryness. All business operations occur in TRC California, a licensed broker. Accounting and administrative functions have been provided to the group through TRC Services.

3. I was admitted to the California Bar in 1975 and have represented the Debtors and related and predecessor companies since 1978 regarding, *inter alia,* general corporate matters, corporate transactions, acquisition and asset disposition issues, regulatory matters, contracts, tax issues, employee benefit issues, employment issues, commercial transactions, insurance issues, and litigation matters. In that time, I have become well-acquainted with the Debtors' business and the legal issues that arise in connection with the conduct of that business.

4. Washauer has conducted its conflicts and connections review based upon lists of the Debtors' vendors, creditors, employees, members and other parties in interest which the Debtors have provided. Based on this review, to the best of the my knowledge, information and belief, Washauer does not hold or represent an interest adverse to the estates, is disinterested, and with the exception of the representation of the Debtors prior to the commencement of the cases, Washauer has no connection with the Debtors, their creditors, or any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

DECLARATION OF WILLIAM W. WASHAUER IN SUPPORT OF EX PARTE APPLICATION FOR ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF SPECIAL CORPORATE COUNSEL

-2-

Case: 09-41466    Doc# 48    Filed: 03/19/09    Entered: 03/19/09 14:50:05    Page 2 of 4

5. Within one year immediately preceding the case and in the ordinary course of business, Washauer received compensation for services rendered to, and costs advanced on behalf of, the Debtors in the amount of $ 224,000 (primarily for general corporate services, but also for some pre-bankruptcy related services).

6. To the best of my knowledge, information, and belief, Washauer is disinterested as contemplated in Section 101(14) of the Bankruptcy Code as follows:

    a. Neither Washauer nor any of its employees is a creditor of the Debtors, except for post-petition services provided and expenses incurred for the Debtors in connection with the above-captioned bankruptcy cases to date, which are subject to Bankruptcy Court approval;

    b. Neither Washauer nor any of its employees was ever a director, officer, employee, equity security holder or an insider of the Debtors; and

    c. Neither Washauer nor any of its employees has any interest materially adverse to the interest of the estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

7. The Debtors have agreed that Washauer, subject to this Court's approval, shall be employed on an hourly basis, with compensation for services and reimbursement of expenses to be paid pursuant to Sections 330, 331, 503, and 507 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Bankruptcy Local Rules, and the fee guidelines promulgated by this Court. Subject to the foregoing, the compensation agreed to be paid by the Debtors for services rendered and to be rendered by Washauer in connection with the Bankruptcy Cases is as follows:

    a. <u>Hourly Rates</u>. Washauer's time on this matter will be billed at the rate of $350.00 an hour. Hourly billings will be billed in minimum increments of one-tenth (1/10) of an hour, even though the actual time may be less. These hourly rates are subject to periodic review and increase.

    b. <u>Expense Reimbursement</u>. The Debtors have also agreed that Washauer shall be reimbursed for its expenses incurred in connection with these cases. The amounts currently charged by Washauer for ordinary and customary expenses are as follows: internal copying and faxes

DECLARATION OF WILLIAM W. WASHAUER IN SUPPORT
OF EX PARTE APPLICATION FOR ORDER AUTHORIZING
AND APPROVING EMPLOYMENT OF SPECIAL CORPORATE
COUNSEL

-3-

Case: 09-41466   Doc# 48   Filed: 03/19/09   Entered: 03/19/09 14:50:05   Page 3 of 4

are charged at 10 cents per copy/page, automobile travel at 55 cents per mile, and all other expenses are charged at actual, such as outside copying, messenger services, postage, long distance telephone, court reporters, airfare, hotel accommodations, car rental, parking, printing, filing fees, computerized research, lien searches, overnight delivery, attorney service fees, process service, and witness fees.

8. The Debtors have agreed that upon the Court's approval of an interim compensation procedure for professionals retained in the case, Washauer shall have the right to participate in such interim compensation procedure such that payment of Washauer's attorney's fees and costs will be made on a monthly basis in the amounts and upon the terms set forth in such interim compensation procedure. In the event the Court does not approve such an interim compensation procedure, Washauer shall have the right to apply to the Court for fees and costs pursuant to the Bankruptcy Code, which authorizes applications for such interim compensation to be submitted once every one hundred twenty (120) days, or more frequently if authorized by the Court. Payment shall be immediately forthcoming upon approval of such fees and costs.

9. Other than as set forth above, there is no proposed arrangement between the Debtors and Washauer for compensation to be paid in this case and no agreement exists for the sharing of compensation awarded by the Court.

Executed this 18th day of March 2009 at San Francisco, California.

*/s/ William W. Washauer*
William W. Washauer

DECLARATION OF WILLIAM W. WASHAUER IN SUPPORT OF EX PARTE APPLICATION FOR ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF SPECIAL CORPORATE COUNSEL  -4-

Case: 09-41466    Doc# 48    Filed: 03/19/09    Entered: 03/19/09 14:50:05    Page 4 of 4