James S. Monroe (State Bar No. 102328)
MONROE LAW GROUP
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 869-1575
Facsimile: (415) 723-7423
Email: jim@monroe-law.com

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>THE RYNESS COMPANY, INC., a California corporation; THE RYNESS COMPANY CALIFORNIA, INC., a California corporation; and TRC SERVICES CORPORATION, INC., a California corporation,<br><br>                  Debtors.<br><br>  801 San Ramon Valley Blvd.<br>  Danville, CA 94526<br><br>Employer's Tax ID No.: 14-1878323; 33-0805836; 94-2314419 | Case Nos. 09-41466<br>              09-41475<br>              09-41476<br><br>[Jointly Administered Under Case No. 09-41466; Pleading Applies to All Cases]<br><br>Chapter 11<br><br>**EX PARTE APPLICATION FOR ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF APPRAISER PURSUANT TO 11 U.S.C. §§ 327(a) and 328(a)**<br><br>[No Hearing Requested] |

TO THE HONORABLE EDWARD D. JELLEN, UNITED STATES BANKRUPTCY JUDGE:

      THE APPLICATION FOR ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF APPRAISER PURSUANT TO 11 U.S.C. §§ 327(a) and 328(a) (the "Application") of The Ryness Company, a California corporation ("TRC"), The Ryness Company California, Inc., a California corporation ("TRC California"), and TRC Services Corporation, a California corporation ("TRC Services"), (collectively, the "Debtors"), respectfully requests authority to employ Newport

Valuations, 540 Wald Street, Irvine, California 92618 ("NV"), a firm with more than 20 years experience in providing a full range of business valuation and financial advisory services, to determine the fair market value of the Debtors' business, on a going-concern basis, in connection with the Debtors' Joint Plan of Reorganization (Dated August 25, 2009), all as described in the proposed fee agreement described below, pursuant to 11 U.S.C. §§ 327(a) and 328(a). The facts supporting the Application are as set forth herein and in the Declaration of Michael Yi filed concurrently herewith (the "Yi Declaration"). In support of this Application, the Debtors respectfully represent as follows:

1. On February 26, 2009 ("Petition Date") the Debtors filed their respective voluntary petitions under Chapter 11 of the Bankruptcy Code (the "Bankruptcy Cases"). Shortly thereafter, the court granted the Debtors' application for joint administration of the Bankruptcy Cases. The Debtors' continue to operate their business as debtors in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. The Debtors' business is the representation of builders, developers and sellers of new home subdivisions, ranging from single family detached developments to urban high-rise condominium projects, as marketer or broker. TRC is the holding company for TRC California and TRC Services, and is wholly owned by George and Kathleen Ryness. All business operations occur in TRC California, a licensed broker. Accounting and administrative functions are provided to the group through TRC Services.

**I. SCOPE OF SERVICES**

3. By this Application, the Debtors seek to employ NV, pursuant to the terms set forth in the proposed Engagement Letter and Fee Agreement attached to the Yi Declaration as **Exhibit C** and incorporated herein by reference (the "Fee Agreement"), to determine the fair market value of the Debtors' business, on a going-concern basis, in connection with the Debtors' Joint Plan of Reorganization (Dated August 25, 2009), and to present testimony at the plan confirmation hearing as may be necessary and appropriate.

## II. ELIGIBILITY AND DISINTERESTEDNESS

4. NV and Michael Yi have extensive experience in providing a full range of business valuation and financial advisory services. True and correct copies of NV's firm resume and Michael Yi's resume are attached to the Yi Declaration as **Exhibits A and B**, respectively, and incorporated herein by this reference.

5. NV has conducted its conflicts and connections review based upon lists of the Debtors' vendors, creditors, employees, members and other parties in interest which the Debtors have provided. Based on this review, to the best of the Debtors' knowledge, information and belief, NV does not hold or represent an interest adverse to the estates, is disinterested, and NV has no connection with the Debtors, their creditors, or any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee. NV has not previously been employed by the Debtors.

## III. TERMS OF EMPLOYMENT

6. The Debtors have agreed that NV, subject to this Court's approval, shall be employed for a fixed fee of $18,000 plus certain out-of-pocket expenses (for any travel and database purchases), as set forth in the proposed Engagement Letter and Fee Agreement attached as **Exhibit C** to the Yi Declaration and incorporated herein by this reference (the "Fee Agreement"), to determine the fair market value of the Debtors' business, on a going-concern basis, in connection with the Debtors' Joint Plan of Reorganization (Dated August 25, 2009). The Debtors have also agreed that NV shall be compensated for testimony or court hearing related services at the rate of $275 per hour for Michael Yi and $165 per hour for senior analysts, with a minimum of 4 hours. The Debtors have also agreed that, upon court approval of NV's retention, NV shall be paid a retainer of $8,000, to be applied against compensation earned under the Fee Agreement.

7. Other than as set forth above, there is no proposed arrangement between the Debtors and NV for compensation to be paid in this case and no agreement exists for the sharing of compensation awarded by the Court.

8. Based upon the foregoing, the Debtors believe that employing NV as the Debtors' appraiser is in the best interests of the estates and the Debtors' creditors.

WHEREFORE, the Debtors respectfully request that the Court enter an Order:

1. Approving the Application;

2. Authorizing the Debtors to employ Newport Valuations, as appraiser, upon the terms and conditions set forth above and in the Fee Agreement; and

3. For such other and further relief as the Court deems just and proper.

Dated: September 13, 2009
THE RYNESS COMPANY, INC.
THE RYNESS COMPANY CALIFORNIA, INC.
TRC SERVICES CORPORATION, INC.


By: */S/ George A. Ryness III*
    George A. Ryness III, President

MONROE LAW GROUP

By: */s/ James S. Monroe*
    James S. Monroe
    Attorneys for Debtors