James S. Monroe (SBN 102328)
MONROE LAW GROUP
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 869-1575
Facsimile:  (415) 723-7423
Email: jim@monroe-law.com

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>THE RYNESS COMPANY, INC., a California corporation; THE RYNESS COMPANY CALIFORNIA, INC., a California corporation; and TRC SERVICES CORPORATION, INC., a California corporation,<br><br>                           Debtors.<br><br>   801 San Ramon Valley Blvd.<br>   Danville, CA 94526<br><br>Employer's Tax ID No.: 14-1878323; 33-0805836; 94-2314419 | Case Nos. 09-41466<br>               09-41475<br>               09-41476<br><br>[Jointly Administered Under Case No. 09-41466; Pleading Applies to All Cases]<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is 101 California Street, Suite 2450, San Francisco, CA 94111. On the date stated below, I served the following document(s):

**1.    EX PARTE APPLICATION FOR ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF APPRAISER PURSUANT TO 11 U.S.C. §§ 327(a) and 328(a);**

**2.    DECLARATION OF MICHAEL YI IN SUPPORT OF EX PARTE APPLICATION FOR ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF APPRAISER; AND**

**3.    [PROPOSED] ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF APPRAISER PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a);**

CERTIFICATE OF SERVICE

on the parties stated below, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : By First-Class Mail — I caused each such envelope to be deposited with the United States Postal Service, with first-class postage thereon fully prepaid, for mailing to the office of the addressee.

____ : By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

____ : By Overnight Courier — I caused each such envelope to be given to an overnight mail service to be hand delivered to the office of the addressee on the next business day.

__X__ : By Facsimile — I caused each such document to be transmitted by facsimile to the parties and numbers listed below and received confirmation that the transmission was successful.

Addressee(s)

Margaret H. McGee
Office of the U. S. Trustee
1301 Clay Street, #690N
Oakland, CA 94612
Fax: 510-637-3220

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 14, 2009, at San Francisco, California.

*/s/ James S. Monroe*

CERTIFICATE OF SERVICE -2-