William W. Washauer, Esq. (SBN 067948)
LAW OFFICE OF WILLIAM W. WASHAUER
775 Blithedale Avenue, #407
Mill Valley, CA 94941
Telephone: (415) 381-9903
Facsimile: (415) 381-9904

Special Corporate Counsel for Debtors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>THE RYNESS COMPANY, INC., a California corporation; THE RYNESS COMPANY CALIFORNIA, INC., a California corporation; and TRC SERVICES CORPORATION, INC., a California corporation,<br><br>                          Debtors.<br><br>    801 San Ramon Valley Blvd.<br>    Danville, CA 94526<br><br>Employer's Tax ID No.: 14-1878323; 33-0805836; 94-2314419 | Case Nos. 09-41466<br>               09-41475<br>               09-41476<br><br>[Jointly Administered Under Case No. 09-41466; Pleading Applies to All Cases]<br><br>Chapter 11<br><br>**FIRST APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL CORPORATE COUNSEL FOR DEBTORS FOR THE PERIOD OF FEBRUARY 26, 2009 THROUGH AUGUST 31, 2009**<br><br>Date:     October 22, 2009<br>Time:    2:30 p.m.<br>Place:   1300 Clay Street, Room 215<br>             Oakland, CA 94612<br>Judge:  Honorable Edward D. Jellen |

Case: 09-41466    Doc# 169    Filed: 10/02/09    Entered: 10/02/09 15:54:30    Page 1 of 41

**TO THE HONORABLE EDWARD D. JELLEN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST:**

The Law Office of William W. Washauer (the "Firm" or "Applicant"), special corporate counsel herein for The Ryness Company, Inc., The Ryness Company California, Inc., and TRC Services Corporation, Inc. (collectively, the "Debtors"), submits this FIRST APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL CORPORATE COUNSEL FOR DEBTORS FOR THE PERIOD OF FEBRUARY 26, 2009 THROUGH AUGUST 31, 2009 (the "Application"), pursuant to 11 U.S.C. §§ 330 and 331 and applicable Federal Rules of Bankruptcy Procedure, local rules, and fee application guidelines.  In support of the Application, the Firm submits the Declaration of William W. Washauer filed and served concurrently herewith, and respectfully represents:

## I.      NOTICE

Notice of the hearing on this Application has been provided pursuant to Federal Rule of Bankruptcy Procedure 2002.

## II.      EMPLOYMENT AUTHORIZATION

On April 1, 2009, this Court entered its Order Authorizing and Approving Employment of Special Corporate Counsel which authorized the Debtors to employ the Firm on an hourly basis, effective February 26, 2009, to provide services as general corporate counsel for the Debtors, including without limitation: (a) advising and representing the Debtors relating to general corporate matters, corporate transactions, acquisition and/or asset disposition issues, investigation, research and analysis of legal and factual corporate issues, analysis and application of law, negotiations with opposing counsel, drafting and preparation of corporate documents, contracts and agreements, written and oral communications with other parties and the Debtors; (b) providing services related to tax issues, employee benefit issues, employment issues, and general commercial litigation as the Debtors may determine necessary or appropriate to commence or defend; and (c) providing services in relation to other corporate matters as the Debtors deem appropriate.  A copy of this order is attached hereto as **Exhibit A** and incorporated herein by reference.

FIRST APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL CORPORATE COUNSEL FOR DEBTORS

-1-

### III.   APPLICANT'S ATTORNEY'S FEES AND EXPENSES

The Firm seeks approval of its attorney's fees and expenses incurred in the Bankruptcy Cases from February 26, 2009 through August 31, 2009 (the "Application Period") in the amount of $64,785.00 and $80.24, respectively.

### IV.   ESTIMATED EXPENSES OF ADMINISTRATION

Other than the accrued professional fees that are summarized below, the Firm is informed that the Debtors are paying their post-petition expenses as they become due.  The following is a summary of the compensation requested by the Debtors' attorneys:

| Applicant and Address | Fees and Expenses Requested |
|---|---|
| **Debtors' Bankruptcy Counsel:** | |
| Monroe Law Group<br>101 California Street, Suite 2450<br>San Francisco, CA 94111 | Fees: $193,776.50<br>Expenses: $8,671.02<br>Total: $202,447.52<br>Period covered by application: 2/26/09 – 8/31/09 |
| **Debtors' Special Corporate Counsel:** | |
| Law Office of William W. Washauer<br>775 East Blithedale Avenue, #407<br>Mill Valley, CA 94941 | Fees: $64,785.00<br>Expenses: $80.24<br>Total: $64,865.24<br>Period covered by application: 2/26/09 – 8/31/09 |

### V.   HISTORY AND PRESENT POSTURE OF THE CHAPTER 11 CASES

The history of the Debtors, a description of the Debtors' business, assets and liabilities, events precipitating the Bankruptcy Cases, and the procedural history and posture of the case through the date hereof are set forth and described in detail in Section V of the FIRST APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEYS FOR DEBTORS FOR THE PERIOD OF FEBRUARY 26, 2009 THROUGH AUGUST 31, 2009 filed concurrently herewith and set for hearing at the same time, which is incorporated herein by this reference.

FIRST APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL CORPORATE COUNSEL FOR DEBTORS

-2-

## VI. RESPONSIBLE PERSONNEL

The persons who worked on this matter, their hourly rates, and a brief description of their responsibilities during the Application Period are set forth below. An itemization of the time and related fees of each person whose work is included in the Application is set forth in the project billings attached hereto as **Exhibit B** and is summarized in Part VII below.

William W. Washauer was admitted to the California State Bar in 1975 and has practiced real estate and business law throughout that period. He has served as outside general counsel for the Debtors for more than 20 years. His billing rate during the Application Period was $350 per hour. Mr. Washauer was responsible for leading this engagement on behalf of the Firm and has been materially involved in all aspects of the Debtors' business operations during the Bankruptcy Cases as special counsel to the Debtors.

## VII. PROJECT BILLING.

The Firm has included the following project billing categories during the Application Period:

### A. Corporate - General.

This project billing category includes matters of a general nature that do not fit more logically in another more discrete project billing category. These services include services related to corporate governance and maintenance, services related to corporate changes, services related to tax matters, and services related to contractual matters affecting the overall company. The attorney's fees incurred in this category during the Application Period are set forth and described in detail in the section entitled "Corporate – General" in **Exhibit B** attached hereto and incorporated herein by reference. The Firm seeks compensation for 58.15 hours of reasonable and necessary attorney's fees in this category during the Application Period, in the total amount of $20,342.50, summarized as follows:

| Person | Initials | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| William W. Washauer | WWW | $350.00 | 58.15 | $20,342.50 |
| **Category Total** | | | **58.15** | **$20,342.50** |

FIRST APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL CORPORATE COUNSEL FOR DEBTORS

-3-

**B.**     **Litigation – 1100 Wilshire.**

This project billing category includes the Firm's attorney's fees relative to the management of a lawsuit filed by purchasers of condominium units in a project located at and commonly known as 1100 Wilshire in Los Angeles, California (the "Project"). Defense of the lawsuit was tendered for defense and indemnity to 1100 Wilshire Associates ("Owner"), the project owner and co-defendant, and accepted by Owner. The attorney's fees incurred in this category during the Application Period are set forth and described in detail in the section entitled "Litigation – 1100 Wilshire" in **Exhibit B** attached hereto and incorporated herein by reference. The Firm seeks compensation for 9.45 hours of reasonable and necessary attorney's fees in this category during the Application Period, in the total amount of $3,307.50, summarized as follows:

| Person | Initials | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| William W. Washauer | WWW | $350.00 | 9.45 | $3,307.50 |
| **Category Total** | | | **9.45** | **$3,307.50** |

**C.**     **Litigation - General.**

This project billing category includes the Firm's attorney's fees relative to the review and analysis of other pending or threatened litigation matters, including management and oversight of pending and threatened litigation against the Debtors, including interface with insurance carriers and case-specific counsel. The attorney's fees incurred in this category during the Application Period are set forth and described in detail in the section entitled "Litigation – General" in **Exhibit B** attached hereto and incorporated herein by reference. The Firm seeks compensation for 12.15 hours of reasonable and necessary attorney's fees in this category during the Application Period, in the total amount of $4,525.50, summarized as follows:

| Person | Initials | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| William W. Washauer | WWW | $350.00 | 12.15 | $4,525.50 |

FIRST APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL CORPORATE COUNSEL FOR DEBTORS    -4-

| Category Total | | | 12.15 | $4,525.50 |
|---|---|---|---|---|

### D. Operational Matters – General.

This project billing category includes the Firm's attorney's fees relative to general operational matters, including operational procedures, form review and production, brokerage law related matters, project-specific issue and problem resolution. The attorney's fees incurred in this category during the Application Period are set forth and described in detail in the section entitled "Operational Matters – General" in **Exhibit B** attached hereto and incorporated herein by reference. The Firm seeks compensation for 28.15 hours of reasonable and necessary attorney's fees in this category during the Application Period, in the total amount of $9,842.00, summarized as follows:

| Person | Initials | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| William W. Washauer | WWW | $350.00 | 28.15 | $9,842.00 |
| Category Total | | | 28.15 | $9,842.00 |

### E. Operations - Leases.

This project billing category includes the Firm's attorney's fees relative to the termination of unneeded office space leases. The attorney's fees incurred in this category during the Application Period are set forth and described in detail in the section entitled "Operations - Leases" in **Exhibit B** attached hereto and incorporated herein by reference. The Firm seeks compensation for 2.60 hours of reasonable and necessary attorney's fees in this category during the Application Period, in the total amount of $910.00, summarized as follows:

| Person | Initials | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| William W. Washauer | WWW | $350.00 | 2.60 | $910.00 |
| Category Total | | | 2.60 | $910.00 |

FIRST APPLICATION FOR INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES BY SPECIAL CORPORATE
COUNSEL FOR DEBTORS

-5-

**F.** **Personnel Matters.**

This project billing category includes the Firm's attorney's fees relative to the personnel matters, including vacation and sick leave policies and COBRA subsidy matters, EDD and Labor Commission claims, and issues relating to hiring and terminations. The attorney's fees incurred in this category during the Application Period are set forth and described in detail in the section entitled "Personnel Matters" in **Exhibit B** attached hereto and incorporated herein by reference. The Firm seeks compensation for 19.00 hours of reasonable and necessary attorney's fees in this category during the Application Period, in the total amount of $6,650.00, summarized as follows:

| Person | Initials | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| William W. Washauer | WWW | $350.00 | 19.00 | $6,650.00 |
| **Category Total** | | | **19.00** | **$6,650.00** |

**G.** **Southern California Operations [Windup Of].**

This project billing category includes the Firm's attorney's fees relative to the windup of Debtors' Southern California operations, including preparation of documentation and negotiations and interface with builder personnel and counsel and personnel and counsel of real estate brokerage firms taking over the management or marketing of Debtors' Southern California projects. The attorney's fees incurred in this category during the Application Period are set forth and described in detail in the section entitled "Southern California Operations" in **Exhibit B** attached hereto and incorporated herein by reference. The Firm seeks compensation for 55.60 hours of reasonable and necessary attorney's fees in this category during the Application Period, in the total amount of $19,460.00, summarized as follows:

| Person | Initials | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| William W. Washauer | WWW | $350.00 | 55.60 | $19,460.00 |
| **Category Total** | | | **55.60** | **$19,460.00** |

## VIII. PROJECT BILLING SUMMARY

Following is a summary of all project billing categories used by the Firm during the Application Period, showing the amount of attorney's incurred for each category and the total fees incurred for all categories:

| CATEGORY | AMOUNT |
|---|---|
| Corporate – General | $20,352.50 |
| Litigation – 1100 Wilshire | $ 3,307.50 |
| Litigation – General | $ 4,525.50 |
| Operational Matters – General | $ 9,842.00 |
| Operations – Leases | $   910.00 |
| Personnel Matters | $ 6,650.00 |
| Southern California Operations | $19,460.00 |
| **TOTAL FEES** | **$64,785.00** |

## IX. SUMMARY OF BILLINGS BY PROFESSIONAL

During the course of representing the Debtors during the Application Period, the Firm has devoted in excess of 185.10 hours of professional time in the performance of such services, including those set forth hereinabove. Below is a summary of the hours and amount attributable to each professional:

| Person | Initials | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| William W. Washauer | WWW | $350.00 | 185.10 | $64,785.00 |
| **Category Total** | | | **185.10** | **$64,785.00** |

## X. REIMBURSEMENT OF EXPENSES

The Firm has also incurred expenses in the sum of $80.24 during the Application Period, as itemized in **Exhibit B** attached hereto, for corporate filing fees and Pacer document fees. All of these

Case: 09-41466    Doc# 169    Filed: 10/02/09    Entered: 10/02/09 15:54:30    Page 8 of 41

expenses are billed at actual cost. No expense reimbursement is requested by the Firm for telephone charges, fax charges, travel expenses, or any other category of expense not listed above.

## XI. PRIOR COMPENSATION

The Firm received compensation from the Debtors in the year prior to filing of the Bankruptcy Cases for pre-petition services as the Debtors' outside general counsel in the amount of $224,000. This is the Firm's first application for interim compensation. No prior requests for compensation or reimbursement of expenses have been submitted by the Firm. The Firm did not receive a retainer from the Debtors and to date has not received any payments from the Debtors on account of the fees and expenses which are the subject of this Application.

## XII. SOURCE OF COMPENSATION

The source of funds for payment of the compensation to be paid to the Firm is the cash held by the Debtors in excess of $500,000.00.

## XIII. NO SHARING OF COMPENSATION

No agreement or understanding exists between the Firm and any other person for the sharing of compensation received or to be received for services rendered in, or in connection with, these Bankruptcy Cases.

## XIV. UNPAID CHAPTER 11 EXPENSE OF ADMINISTRATION CLAIMS

Other than the claims of the Firm and Monroe Law Group set forth herein, the only unpaid chapter 11 expense of administration claim is the claim of Jean Mills ("Mills") for post-petition loans made to the Debtors during the Bankruptcy Cases in the amount of $200,000.00 (the "DIP Loan"). Pursuant to the Debtors' plan and the agreement of Mills, the DIP Loan will be converted into a continuing exit financing facility from Mills, with the principal balance payable on February 26, 2016. The Firm is advised by the Debtors that all other obligations incurred by them since the commencement of the Bankruptcy Cases are being paid in the ordinary course of the Debtors' business.

FIRST APPLICATION FOR INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES BY SPECIAL CORPORATE      -8-
COUNSEL FOR DEBTORS

## XV. RELIEF REQUESTED

By this Application, the Firm seeks both allowance and approval of payment of all attorney's fees and expenses incurred by the Firm in its representation of the Debtors during the Application Period. Specifically, the Firm requests approval of its attorney's fees and expenses incurred from February 26, 2009 through August 31, 2009 in the amount of $64,785.00 and $80.24, respectively, for a total of $64,865.24. In view of the time expended, the responsibilities assumed, the complexity of the matters, and the reputation and skill of the Firm, the Firm respectfully submits that the foregoing represents the reasonable value of the services rendered. The Firm believes that the services rendered were necessary, and that the attorney's fees requested constitute reasonable and necessary fees expended on behalf of the estates.

**WHEREFORE,** the Firm prays that this Court enter its Order (i) approving all attorney's fees incurred by it in its representation of the Debtors from February 26, 2009 through August 31, 2009 in the sum of $64,785.00; (ii) approving reimbursement of all expenses incurred by the Firm in its representation of the Debtors from February 26, 2009 through August 31, 2009 in the sum of $80.24; (iii) authorizing the Debtors to pay the Firm the sum of $64,785.00 for services rendered and $80.24 for expenses incurred from February 26, 2009 through August 31, 2009; and (iv) for such other and further relief as the Court deems just and proper.

Dated:  October 1, 2009          Respectfully submitted,

LAW OFFICE OF WILLIAM W. WASHAUER

By: */s/ William W. Washauer*
    William W. Washauer
    Special Corporate Counsel for Debtors

FIRST APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL CORPORATE COUNSEL FOR DEBTORS

-9-

## CERTIFICATION RE COMPLIANCE WITH GUIDELINES FOR COMPENSATION AND EXPENSE REIMBURSEMENT OF PROFESSIONALS

I, William W. Washauer, hereby certify that:

1.     I have read the foregoing Application.

2.     To the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought herein is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees promulgated by this Court (the "Guidelines").

3.     The compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by the Firm and generally accepted by the Firm's clients.

4.     All of the time records attached to this Application are accurate and were recorded in the regular and ordinary course of business contemporaneously with the services provided.

5.     This Application was transmitted to the Debtors with the cover letter required by the Guidelines, a true and correct copy of which is attached hereto as **Exhibit C** and incorporated herein by reference.

6.     Fees paid to the Firm from, or on behalf of, the Debtors or their estates have not been and will not be divided or shared with any other person.

I hereby certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief formed after reasonable inquiry.

DATED:  October 1, 2009

*/s/ William W. Washauer*
William W. Washauer

FIRST APPLICATION FOR INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES BY SPECIAL CORPORATE
COUNSEL FOR DEBTORS                                        -10-

# EXHIBIT A

**Signed: April 01, 2009**

_____
**EDWARD D. JELLEN**
**U.S. Bankruptcy Judge**

1  James S. Monroe (State Bar No. 102328)
2  Monroe Law Group
   101 California Street, Suite 2450
3  San Francisco, CA 94111
   Telephone: (415) 869-1575
4  Facsimile:  (415) 723-7423
   Email: jim@monroe-law.com
5
6  Attorneys for Debtors

7              UNITED STATES BANKRUPTCY COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                      OAKLAND DIVISION

10

11  In re:                                Case Nos. 09-41466
                                                    09-41475
12  THE RYNESS COMPANY, INC., a California         09-41476
    corporation; THE RYNESS COMPANY
13  CALIFORNIA, INC., a California corporation;    [Jointly Administered Under Case No. 09-
    and TRC SERVICES CORPORATION, INC., a         41466; Pleading Applies to All Cases]
14  California corporation,
15
                            Debtors.              Chapter 11
16
17     801 San Ramon Valley Blvd.
       Danville, CA 94526                   **ORDER AUTHORIZING AND**
18                                          **APPROVING EMPLOYMENT OF**
    Employer's Tax ID No.: 14-1878323; 33-0805836; **SPECIAL CORPORATE COUNSEL**
19  94-2314419
20                                          [No Hearing Requested]
21
22
23
24        The EX PARTE APPLICATION FOR ORDER AUTHORIZING AND APPROVING

25  EMPLOYMENT OF SPECIAL CORPORATE COUNSEL (the "Application") of the debtors and

26  debtors in possession, The Ryness Company, a California corporation, The Ryness Company

27  California, Inc., a California corporation, and TRC Services Corporation, a California corporation

28  (collectively, the "Debtors") seeking authority to employ the Law Office of William W. Washauer

ORDER AUTHORIZING AND APPROVING EMPLOYMENT
OF SPECIAL CORPORATE COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

("Washauer") to represent the Debtors as special corporate counsel in the-above captioned cases having been filed with the Court; it appearing to the Court that Washauer is disinterested and does not hold or represent an interest adverse to the estates, and that Washauer's employment is necessary and is in the best interest of the bankruptcy estates; it further appearing to the Court that notice or a hearing on said Application is not necessary or appropriate; and good cause appearing therefor;

IT IS HEREBY ORDERED that the Debtors are authorized to employ Washauer upon the terms and conditions set forth in the Application effective February 26, 2009 to represent the Debtors as special corporate counsel in connection with the above-captioned case.

*** END OF ORDER ***

**COURT SERVICE LIST**

**Debtors' Counsel**
James S. Monroe
Monroe Law Group
101 California Street, Suite 2450
San Francisco, CA 94111

**Debtors**
The Ryness Company, Inc.
The Ryness Company California, Inc.
TRC Services Corporation, Inc.
Attn: George A. Ryness III
801 San Ramon Valley Boulevard
Danville, CA 94526

**U.S. Trustee**
Office of the U. S. Trustee
1301 Clay Street, #690N
Oakland, CA 94612

Case: 09-41466   Doc# 639   Filed: 04/01/2009   Entered: 04/01/2009 14:05:28   Page 15 of 6
41

# EXHIBIT B

WILLIAM W. WASHAUER, Attorney at Law
Mailing Address:
775 East Blithedale Avenue, #407
Mill Valley, CA  94941


Invoice submitted to:
The Ryness Company
Attention: Gary Ryness
801 San Ramon Valley Boulevard
Danville, CA 94526


September 30, 2009

Invoice #40187


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | **Corporate - General** | | |
| 2/27/2009 | Returned telephone call from G. Ryness re bank account changes. | 0.30 350.00/hr | |
| 2/28/2009 | Review creditors list and review files for completeness of listing. | 1.30 350.00/hr | |
| 3/1/2009 | Review correspondence re status of filing. | 0.10 350.00/hr | |
| 3/2/2009 | Telephone conference with G. Ryness re Bank of America accounts. | 0.15 350.00/hr | |
| | Telephone conference with M. Bender re Hanley Wood obligation. | 0.15 350.00/hr | |
| 3/4/2009 | Review documentation re payment of employees. | 0.25 350.00/hr | |
| | Telephone conference with J. Young re bank account setup. | 0.20 350.00/hr | |
| | Telephone conference with G. Ryness re company status. | 0.40 350.00/hr | |
| 3/7/2009 | Review and analysis of pending contracts and litigation matters and status of same. | 0.55 350.00/hr | |

| | Hrs/Rate | Amount |
|---|---|---|
| 3/10/2009 Legal research re effect of Chapter 11 filing on commissions in escrow; Legal research re timing of earning of commissions. | 1.85 350.00/hr | |
| 3/25/2009 Work on preparation of list of claims (TRC as potential claimant); Review files re same. | 1.80 350.00/hr | |
| 3/26/2009 Work on summary of company histories and transmit same. | 2.20 350.00/hr | |
| 4/14/2009 Memorandum to R. Stieglitz re status of A. Albert agreements. | 0.15 350.00/hr | |
| 4/16/2009 Review status of Hanley Wood obligation. | 0.20 350.00/hr | |
| Review assignment regarding information technology services. | 0.15 350.00/hr | |
| 4/21/2009 Review and analysis of structure of A. Albert agreements. Telephone conference with J. Zevenbergen re same. Telephone conference with G. Ryness re same. | 1.30 350.00/hr | |
| 4/22/2009 Telephone conference with R. Stieglitz re A. Albert agreements. | 0.20 350.00/hr | |
| 4/23/2009 Review operating report. Review and analysis of tax impact of converting debt to equity in TRC as part of plan. | 1.20 350.00/hr | |
| 4/24/2009 Review and analyze restructuring for plan purposes. | 1.20 350.00/hr | |
| 4/27/2009 Review correspondence re A. Albert agreements. | 0.15 350.00/hr | |
| Review and analyze proposed corporate restructure. | 0.45 350.00/hr | |
| 4/28/2009 Review correspondence re A. Albert agreements; Memorandum to R. Stieglitz (A. Albert counsel) re same. | 0.20 350.00/hr | |
| 5/1/2009 Telephone conference with J. Zevenbergen re A. Albert agreements. Telephone conference with outside accountant re same. | 0.55 350.00/hr | |
| Review and analyze effects of proposed plan on S Corporation status. | 1.35 350.00/hr | |
| 5/2/2009 Review 2008 tax return situation. Review and analyze structure of reorganization plan. | 1.35 350.00/hr | |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/4/2009 | Review and analyze restructuring issues. | 0.55 350.00/hr | |
| | Legal research re TRC Services status with California Secretary of State. Telephone conference with Secretary of State's office. Telephone conference with California Franchise Tax Board. Review and analyze tax filing requirements for subsidiaries of S Corporation holding company. | 2.35 350.00/hr | |
| 5/5/2009 | Telephone conference with TRC insurance broker regarding insurance coverage matters. | 0.35 350.00/hr | |
| | Memorandum to G. Ryness re TRC Services status; further legal research re same. | 0.80 350.00/hr | |
| 5/8/2009 | Work on corporate governance matters (shutdown of inactive entities); Memorandum to G. Ryness re same. | 1.20 350.00/hr | |
| | Review and analyze current company status. | 0.30 350.00/hr | |
| 5/11/2009 | Review and respond to correspondence re California tax filings. Telephone conference with G. Ryness re same. | 0.40 350.00/hr | |
| 5/12/2009 | Telephone call to L. Womack of Franchise Tax Board; Telephone call to J. Zevenbergen re tax matters. | 0.15 350.00/hr | |
| 5/13/2009 | Review correspondence re Corr Solutions (IT provider). | 0.15 350.00/hr | |
| | Review correspondence re financial statements. | 0.15 350.00/hr | |
| | Telephone conference with L. Wolmack of Franchise Tax Board. Discussion re revivor process for TRC Services. | 0.45 350.00/hr | |
| | Review correspondence re Hanley Wood matter. | 0.15 350.00/hr | |
| | Telephone conference with G. Ryness re Hanley Wood matter. | 0.15 350.00/hr | |
| | Telephone conference with G. Ryness re Franchise Tax Board matter. | 0.20 350.00/hr | |
| | Legal research re Franchise Tax Board matter. Telephone conference with J. Zevenbergen re same. | 1.80 350.00/hr | |
| 5/18/2009 | Review and analysis of A. Albert claim amount and contractual requirement for true-up to determine final amount of claim. | 0.35 350.00/hr | |

|  | | Hrs/Rate | Amount |
|---|---|---|---|

5/19/2009  Legal research re procedure for amendment of articles of incorporation. dfta certificate of amendment and minutes re amendment of articles for The Ryness Company in connection with implementing proposed plan of reorganization.

1.20
350.00/hr

5/20/2009  Review and analysis of draft letter to Vantage Pointe; Work on revisions to same. Telephone conference with C. Nicholas re Vantage Pointe.

1.20
350.00/hr

Legal research re Washington gross receipts tax; Memorandum to G. Ryness re same.

0.50
350.00/hr

5/21/2009  Review current operating report.

0.20
350.00/hr

Review of corporate status as related to and affected by proposed plan of reorganization.

0.70
350.00/hr

5/22/2009  Legal research re merger requirements and procedure in connection with proposed reorganization plan. Memorandum to G. Ryness re same.

1.10
350.00/hr

Memorandum to R. Steiglitz re A. Albert agreements; Memorandum to G. Ryness re same.

0.20
350.00/hr

5/26/2009  Telephone call from S. Mahoney Roberto of American International Recovery re insurance carrier's claim for reimbursement of deductibles

0.35
350.00/hr

Memorandum to R. Stieglitz re A. Albert agreements. Memorandum to G. Ryness re same.

0.15
350.00/hr

Telephone conference with S. Roberto at American International Recover re claim for reimbursement of insurance deductibles.

0.45
350.00/hr

5/28/2009  Telephone call to B. Crandall re TRC corporate tax returns; correspondence with J. Zevenbergen re same.

0.20
350.00/hr

Review correspondence re California tax returns.

0.15
350.00/hr

Memorandum to B. Crandall re California tax returns.

0.10
350.00/hr

Memorandum to G. Ryness and J. Zevenbergen re California tax returns.

0.10
350.00/hr

Telephone conference with J. Zevenbergen re California tax returns.

0.20
350.00/hr

5/29/2009  Review correspondence from proposed tax accountant for 2008 corporate tax returns; Memorandum to G. Ryness re same.

0.30
350.00/hr

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/29/2009 | Telephone conference with tax accountant. | 0.30 350.00/hr | |
| 6/1/2009 | Review and revise correspondence re retention of outside accountants. | 0.10 350.00/hr | |
| 6/4/2009 | Telephone call to T. Gingrich (TRC insurance broker). | 0.10 350.00/hr | |
| 6/8/2009 | Review and analyze reorganization plan and Franchise Tax Board matter. | 0.30 350.00/hr | |
| 6/9/2009 | Telephone call to B. Crandall re 2004 and 2005 California tax returns. | 0.15 350.00/hr | |
|  | Work on Franchise Tax Board matter. | 1.45 350.00/hr | |
| 6/10/2009 | Returned telephone call from B. Crandall re 2004 and 2005 California tax returns. | 0.30 350.00/hr | |
| 6/11/2009 | Work on amendment to articles of incorporation and revised bylaws. | 0.45 350.00/hr | |
| 6/12/2009 | Review true-up of A. Albert loan transaction. | 0.15 350.00/hr | |
|  | Work on amended and restated bylaws. | 2.25 350.00/hr | |
| 6/23/2009 | Telephone call from Franchise Tax Board re 2004-2007 California tax returns. | 0.20 350.00/hr | |
| 6/24/2009 | Telephone conference with T. Trafton of Franchise Tax Board re 2004-2007 California returns. Review tax returns; Memorandum to B. Crandall (2003-2005 tax preparer). | 1.15 350.00/hr | |
| 6/26/2009 | Memorandum to G. Ryness re 2003-2005 California tax returns. | 0.25 350.00/hr | |
|  | Letter to Franchise Tax Board re 2003-2005 tax filings. | 0.70 350.00/hr | |
| 6/29/2009 | Review draft reorganization plan and review claims lists. Draft merger agreement and officer certificates re same. | 1.50 350.00/hr | |
| 6/30/2009 | Telephone conference with T. Trafton of Franchise Tax Board. | 0.20 350.00/hr | |

|            |                                                                                 | Hrs/Rate | Amount |
|------------|---------------------------------------------------------------------------------|----------|--------|
| 6/30/2009  | Prepare Application for Revivor for suspended subsidiaries; Memorandum to T. Trafton of Franchise Tax Board re same. | 0.65 350.00/hr | |
|            | Review and respond to correspondence re creditor claims.                        | 1.20 350.00/hr | |
| 7/3/2009   | Review plan of reorganization; Memorandum to file re same.                      | 0.55 350.00/hr | |
| 7/8/2009   | Review correspondence re schedule of creditors and review schedules. Review revised plan for impact on corporate governance. | 0.80 350.00/hr | |
| 7/10/2009  | Review correspondence re American International Recovery claim; Memorandum to G. Ryness re same. | 0.20 350.00/hr | |
| 7/21/2009  | Review correspondence re operating report.                                      | 0.15 350.00/hr | |
| 7/23/2009  | Review correspondence re operating report; review operating report.             | 0.20 350.00/hr | |
| 7/26/2009  | Prepare California annual statement of information for subsidiary entity.        | 0.25 350.00/hr | |
| 7/27/2009  | Work on corporate housekeeping for subsidiary entity. Draft minutes, prepare certificate of dissoution (Urban West). Memorandum to G. Ryness re same. | 1.25 350.00/hr | |
| 7/28/2009  | Memorandum to Franchise Tax Board re FTB tax claim. Telephone call from FTB re same. | 0.35 350.00/hr | |
| 7/31/2009  | Review and analysis of creditor claims; Memorandum to G. Ryness re same.        | 0.95 350.00/hr | |
| 8/1/2009   | Review and analysis of Northwest claims (Excell group); Memorandum to G. Ryness re same. | 0.95 350.00/hr | |
| 8/3/2009   | Work on maintenance and shutdown of Northwest subsidiary entities.              | 1.30 350.00/hr | |
| 8/4/2009   | Review and analysis of consent requirements with respect to contracts assigned by operation of law. | 0.80 350.00/hr | |
| 8/5/2009   | Memorandum to G. Ryness re shutdown of Northwest entities.                      | 0.20 350.00/hr | |
|            | Telephone conference with D. Kane re list of contracts for schedules.           | 0.20 350.00/hr | |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/15/2009 | Prepare dissolution documents for subsidiary entity (Urban West) and research re same. Letter to California Secretary of State transmitting dissolution documents. | 1.10 350.00/hr | |
| | Prepare dissolution documents for Washington State entity and research re same. Letter to Washington Secretary of State transmitting dissolution documents. | 1.30 350.00/hr | |
| 8/19/2009 | Review contract lists for schedules; Memorandum to file re same. | 0.20 350.00/hr | |
| | Telephone call to T. Trafton of Franchise Tax Board re amended FTB claim. Telephone conference with T. Trafton. | 0.30 350.00/hr | |
| | Prepare dissolution documents for Oregon entity and research re same. | 0.25 350.00/hr | |
| 8/20/2009 | Review correspondence re reorganization plan and respond. | 0.20 350.00/hr | |
| 8/24/2009 | Review and analysis of plan requirements and required consents. | 0.60 350.00/hr | |
| 8/28/2009 | Review list of contracts and respond. | 0.20 350.00/hr | |
| | Review correspondence re Franchise Tax Board claim. | 0.15 350.00/hr | |
| | SUBTOTAL: | [    58.15 | 20,352.50] |

Litigation - 1100 Wilshire

| 5/1/2009 | Telephone call from attorney for Forest City re 1100 Wilshire lawsuit (extended). Telephone conference with J. Young re same. | 0.65 350.00/hr | |
|---|---|---|---|
| 5/15/2009 | Review 1100 Wilshire complaint and analyze same. | 0.55 350.00/hr | |
| 5/18/2009 | Telephone conference with C. Nicholas re 1100 Wilshire lawsuit. | 0.20 350.00/hr | |
| 5/19/2009 | Review 1100 Wilshire lawsuit. Telephone conference with Forest City counsel re same. | 0.30 350.00/hr | |
| 5/20/2009 | Telephone conference with J. Kleinschmidt of Burdman office re 1100 Wilshire lawsuit (plaintiffs' counsel). | 0.30 350.00/hr | |

|            |                                                                                                        | Hrs/Rate | Amount |
|------------|--------------------------------------------------------------------------------------------------------|----------|--------|
| 6/2/2009   | Letter to J. Haushaletr (Forest City counsel).                                                         | 0.40 350.00/hr | |
| 6/9/2009   | Telephone call from P. Asiano (plaintiffs' counsel) re 1100 Wilshire. Memorandum to P. Asiano.        | 0.20 350.00/hr | |
| 6/10/2009  | Returned telephone call from P. Asiano re 1100 Wilshire. Telephone call to J. Haushalter.             | 0.20 350.00/hr | |
|            | Telephone call from J. Haushalter. Memorandum to E. Werner of Haushalter office.                      | 0.25 350.00/hr | |
| 6/15/2009  | Returned telephone call from P. Asiano re 1100 Wilshire.                                               | 0.30 350.00/hr | |
| 6/16/2009  | Review status of defense tender.                                                                       | 0.45 350.00/hr | |
| 6/17/2009  | Telephone call to C. Nicholas; Review correspondence from P. Asiano re 1100 Wilshire.                 | 0.15 350.00/hr | |
|            | Returned telephone call from C. Nicholas re 1100 Wilshire.                                             | 0.20 350.00/hr | |
| 6/18/2009  | Telephone calls to 1100 Wilshire sales agents.                                                         | 0.15 350.00/hr | |
| 6/19/2009  | Telephone calls to 1100 Wilshire sales agents; Telephone conference with R. Barber (sales agent).     | 0.45 350.00/hr | |
| 6/22/2009  | Telephone calls to 1100 Wilshire sales agents. Telephone conference with P. Asiano (counsel for plaintiffs). | 0.50 350.00/hr | |
|            | Telephone conference with E. Taylor (sales agent) re 1100 Wilshire.                                   | 0.20 350.00/hr | |
| 6/23/2009  | Telephone conference with P. Asiano (plaintiffs' counsel).                                             | 0.15 350.00/hr | |
| 6/24/2009  | Telephone call to P. Asiano.                                                                            | 0.10 350.00/hr | |
| 6/25/2009  | Telephone call from R. Barber (sales agent); Telephone call to M. Fitzgerald (sales agent) re 1100 Wilshire. | 0.15 350.00/hr | |
|            | Memorandum to P. Asiano.                                                                                | 0.20 350.00/hr | |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/29/2009 | Revise drafts of sales agent declarations; Memorandum to sales agents re same. | 0.45<br>350.00/hr | |
| | Telephone call to P. Asiano; Review correspondence re 1100 Wilshire. | 0.35<br>350.00/hr | |
| 7/1/2009 | Review and revise sales agent declarations | 0.30<br>350.00/hr | |
| 7/3/2009 | Telephone call to P. Asiano re sales agent declarations. | 0.15<br>350.00/hr | |
| 7/14/2009 | Review correspondence from M. Fitzgerald (sales agent); Telephone conference with M. Fitzgerals. | 0.30<br>350.00/hr | |
| 7/16/2009 | Review lawsuit status; Review and analyze strategic approach. | 0.30<br>350.00/hr | |
| | Telephone conference with P. Asiano. | 0.15<br>350.00/hr | |
| 7/20/2009 | Review correspondence re lawsuit status. | 0.15<br>350.00/hr | |
| 7/21/2009 | Review sale agent declarations; Telephone call to P. Asiano re same. | 0.20<br>350.00/hr | |
| 7/31/2009 | Telephone call from P. Asiano. | 0.10<br>350.00/hr | |
| 8/3/2009 | Telephone call from P. Asiano (extended). | 0.30<br>350.00/hr | |
| 8/12/2009 | Telephone conference with P. Asiano. | 0.30<br>350.00/hr | |
| 8/13/2009 | Review correspondence and documents re 1100 Wilshire and respond. | 0.35<br>350.00/hr | |
| | SUBTOTAL: | [      9.45 | 3,307.50] |

Litigation - General

| | | Hrs/Rate | |
|---|---|---|---|
| 2/26/2009 | Telephone conference with M. Garner re possible contract claim against Builder Sales Group. | 0.45<br>350.00/hr | |
| 3/5/2009 | Telephone conference with J. Lowenthal re status of Rancho Las Flores litigation matters. | 0.15<br>350.00/hr | |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/10/2009 | Review correspondence re Connolly matter; Memorandum to B. Rawers (TRC litigation counsel) re same. | 0.15 350.00/hr | |
| 3/11/2009 | Telephone call to G. Stephan (insurance defense counsel) re status of El Cortez cases. | 0.30 350.00/hr | |
| 3/14/2009 | Review and respond to correspondence re Connolly lawsuit. | 0.30 350.00/hr | |
| 3/24/2009 | Review pending litigation. Work on and transmit summary of pending litigation. | 2.35 350.00/hr | |
| | Telephone conference with G. Stephan re El Cortez cases. | 0.15 350.00/hr | |
| 4/7/2009 | Review correspondence re Wood (El Cortez) case. | 0.10 350.00/hr | |
| 4/22/2009 | Review correspondence re Rodriguez/Montoya/Flores cases; Memorandum to J. Lowenthal (insurance defense counsel) re same. | 0.20 350.00/hr | |
| 5/7/2009 | Review correspondence re Wood v. Janopaul Block (El Cortez). | 0.10 350.00/hr | |
| 5/21/2009 | Prepare final version of Vantage Pointe letter and transmit. | 0.25 350.00/hr | |
| | Review correspondence re Roth complaint (El Cortez). | 0.10 350.00/hr | |
| 5/22/2009 | Review status of existing litigation matters. | 0.35 350.00/hr | |
| 6/1/2009 | Review correspondence re Vantage Pointe. Memorandum to G. Ryness; review correspondence from G. Ryness. | 0.60 350.00/hr | |
| 6/2/2009 | Telephone call from C. Nicholas re Vantage Pointe claim and Pointe of View counterclaim | 0.45 350.00/hr | |
| | Review and analyze Vantage Pointe matter. Telephone conference with G. Ryness re same. Memorandum to file re same. | 1.85 350.00/hr | |
| 6/3/2009 | Telephone call to D. Anderson re Pointe of View/Vantage Pointe matter. | 0.10 350.00/hr | |
| | Review and analyze letter from J. Goldberg (attorney for Pointe of View) re Vantage Pointe matter. Legal research re Vantage Pointe background and claims made by Goldberg. | 0.85 350.00/hr | |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/9/2009 | Telephone conference with C. Nicholas re Vantage Pointe (2 calls, extended). | 0.30<br>350.00/hr |  |
| 6/11/2009 | Review and revise summary of pending and potential litigation. Telephone call to J. Lowenthal re status of Rancho Las Flores cases. Telephone call to G. Stephan re status of El Cortez cases. | 2.00<br>350.00/hr |  |
| 6/16/2009 | Review correspondence re El Cortez cases. | 0.10<br>350.00/hr |  |
| 7/2/2009 | Telephone call to J. Haushalter. | 0.20<br>350.00/hr |  |
| 8/5/2009 | Telephone call to G. Stephan re status of litigation; Review settlement agreement. | 0.35<br>350.00/hr |  |
| 8/10/2009 | Telephone conference with G. Stephan re Dameron matter (El Cortez). | 0.20<br>350.00/hr |  |
| 8/19/2009 | Review dismissals of Rodriguez and Montoya cases (Rancho Las Flores). | 0.20<br>350.00/hr |  |
|  | SUBTOTAL: | [      12.15 | 4,252.50] |

Operational Matters - General

| 2/26/2009 | Telephone conference with J. Young re various operational matters (ongoing and relating to bankruptcy filing). | 0.70<br>350.00/hr |  |
|---|---|---|---|
|  | Legal research re broker record retention requirements. | 1.95<br>350.00/hr |  |
|  | Legal research re broker records retention requirements. Telephone conference with Department of Real Estate re same. Telephone conference with J. Young. | 0.85<br>350.00/hr |  |
| 2/27/2009 | Telephone conference with G. Ryness re IKON copier matter. | 0.20<br>350.00/hr |  |
| 2/28/2009 | Review and analysis of builder and agent contracts, and repayment of commission advances from builders and to agents. Legal research re same. | 4.10<br>350.00/hr |  |
| 3/2/2009 | Review and analysis re status of marketing agreements. | 0.45<br>350.00/hr |  |
| 3/12/2009 | Telephone conference with J. Young. | 0.35<br>350.00/hr |  |

|            |                                                                                           | Hrs/Rate | Amount |
|------------|-------------------------------------------------------------------------------------------|----------|--------|
| 3/16/2009  | Telephone conference (extended) with G. Ryness and J. Young re operational matters.       | 1.30 350.00/hr | |
| 3/18/2009  | Telephone conference with J. Young re general operational matters.                        | 0.20 350.00/hr | |
|            | Review and analyze approach to broker licensure and contracting issues.                   | 2.20 350.00/hr | |
| 3/26/2009  | Telephone conference with J. Young.                                                       | 0.30 350.00/hr | |
| 3/27/2009  | Telephone conference with J. Young.                                                       | 0.30 350.00/hr | |
| 3/28/2009  | Review Anderson-Pacific agreement and termination letter. Memorandum to G. Ryness re same. | 0.45 350.00/hr | |
| 4/1/2009   | Telephone conference with J. Young (extended).                                            | 0.70 350.00/hr | |
| 4/9/2009   | Telephone call from P. Kuelen re builder mechanics lien problems.                         | 0.20 350.00/hr | |
| 4/15/2009  | Legal research re judicial reference and enforceability of waiver of jury trial in marketing contracts. | 1.45 350.00/hr | |
| 4/16/2009  | Review and revise Northern California standard form marketing agreement.                  | 1.80 350.00/hr | |
| 4/17/2009  | Legal research re past bankruptcy filings by Northern California builder client.          | 0.35 350.00/hr | |
| 4/22/2009  | Review sponsorship agreement for The Ryness Report.                                       | 0.60 350.00/hr | |
| 4/28/2009  | Telephone conference with J. Young.                                                       | 0.20 350.00/hr | |
| 4/29/2009  | Telephone conference with G. Ryness and J. Young (extended).                              | 0.50 350.00/hr | |
|            | Telephone call from J. Young.                                                             | 0.10 350.00/hr | |
| 5/5/2009   | Review correspondence re operational (contract and personnel) matters.                    | 0.80 350.00/hr | |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/7/2009 | Review correspondence re Modern Ice project; Telephone call to P. Kuelen re same. | 0.30 350.00/hr | |
| | Telephone call from P. Kuelen re Modern Ice project. Telephone conference with D. Aherns of Taylor Morrison (builder). | 0.30 350.00/hr | |
| 5/17/2009 | Review and revise Northern California standard form marketing agreement; Memorandum to D. Kane re same. | 0.65 350.00/hr | |
| 5/18/2009 | Legal research re SB 1461; Memorandum to D. Kane re same. | 0.70 350.00/hr | |
| 5/19/2009 | Work on draft of letter to Vantage Pointe. | 0.90 350.00/hr | |
| 5/26/2009 | Memorandum to G. Ryess, P. Desmet re amended Business & Professions Code Section 10140.6. | 0.60 350.00/hr | |
| 5/28/2009 | Review correspondence re HOA dues subsidy matter; Telephone conference with D. Kane re same. | 0.45 350.00/hr | |
| 6/5/2009 | Review revised preliminary report for The Islands at Riverlake. Telephone conference with D. Kane re same. | 0.30 350.00/hr | |
| | Telephone conference with D. Kane re Business and Professions Code 10140.6 re disclosure of real estate licensees' license numbers. | 0.20 350.00/hr | |
| 6/15/2009 | Review correspondence from P. Kuelen. Memorandum to P. Kuelen re broker/agent obligations re license numbers. | 0.20 350.00/hr | |
| 6/26/2009 | Review Los Angeles Business Tax matter. Telephone call to Wendy Loo at Los Angeles City Finance Department. | 0.55 350.00/hr | |
| 7/2/2009 | Telephone call from D. Kane re Regis/Ironworks. | 0.15 350.00/hr | |
| 7/7/2009 | Review and analyze real estate broker's license requirements. | 0.20 350.00/hr | |
| 7/8/2009 | Review correspondence re Siena domestic dispute and disclosure obligations and respond to same. | 0.30 350.00/hr | |
| 7/16/2009 | Telephone call from P. Kuelen. | 0.25 350.00/hr | |
| 8/4/2009 | Telephone call to J. Young. | 0.10 350.00/hr | |

|            |                                                                                      | Hrs/Rate | Amount |
|------------|--------------------------------------------------------------------------------------|----------|--------|
| 8/11/2009  | Telephone conference with J. Young and D. Kane (extended) re operational matters.     | 1.05 350.00/hr | |
| 8/14/2009  | Telephone conference with D. Kane re Regis referral fee matter.                       | 0.30 350.00/hr | |
| 8/19/2009  | Review correspondence from D. Kane re Northern California salespersons, and respond.  | 0.20 350.00/hr | |
| 8/31/2009  | Telephone call to S. Keiz at Heritage Escrow re City Place; Memorandum to D. Young, J. Randazzo. | 0.40 350.00/hr | |

SUBTOTAL:                                                                       [    28.15      9,852.50]

Operations - Leases

|            |                                                                                      | Hrs/Rate | Amount |
|------------|--------------------------------------------------------------------------------------|----------|--------|
| 2/26/2009  | Draft notice of abandonment for San Diego lease. Telephone conference with attorney for San Diego landlord re same. Memorandum to G. Ryness. | 1.60 350.00/hr | |
|            | Telephone conference with J. Young re Seattle lease.                                 | 0.20 350.00/hr | |
|            | Draft notice of abandonment re Seattle lease; Memorandum to landlord's attorney re same. | 0.40 350.00/hr | |
| 3/23/2009  | Telephone conference with J. Young re former SoCal office locations.                  | 0.20 350.00/hr | |
| 4/22/2009  | Memorandum to A. Wyll, attorney for San Diego landlord re tenant estoppel.            | 0.20 350.00/hr | |

SUBTOTAL:                                                                       [     2.60       910.00]

Personnel Matters

|            |                                                                                      | Hrs/Rate | Amount |
|------------|--------------------------------------------------------------------------------------|----------|--------|
| 3/2/2009   | Legal research re agent separations. Review and analysis regarding ability to assign licensee agreements. | 1.20 350.00/hr | |
|            | Review wage garnishment matter affecting Southern California sales manager.           | 0.20 350.00/hr | |
| 3/3/2009   | Telephone conference with R. Jung of Employment Development Department re unemployment insurance claim. Review file re same. | 0.55 350.00/hr | |
|            | Work on response to EDD classification audit.                                         | 4.25 350.00/hr | |

|            |                                                                                         | Hrs/Rate | Amount |
|------------|-----------------------------------------------------------------------------------------|----------|--------|
| 3/5/2009   | Telephone conference with P. Kuelen re Killeen unemployent claim.                        | 0.15 350.00/hr | |
| 3/29/2009  | Legal research re effect of COBRA subsidy on terminated personnel. Telephone call to J. Young re same. | 1.20 350.00/hr | |
| 3/31/2009  | Legal research re effect of COBRA subsidy on terminated personnel and review correspondence re same. | 0.90 350.00/hr | |
| 4/6/2009   | Returned telephone call from J. Young re EDD claim (2 calls, extended).                  | 0.55 350.00/hr | |
|            | Telephone conference with J. Young re EDD matter; Telephone conference with P. Kuelen (sales manager) re same. | 0.60 350.00/hr | |
| 4/7/2009   | Legal research re COBRA subsidy program. Review correspondence from ADP re same. Telephone conference with J. Young re same. | 1.20 350.00/hr | |
| 4/8/2009   | Telephone conference with D. Kane re EDD matter.                                         | 0.20 350.00/hr | |
| 5/7/2009   | Telephone conference with J. Young re personnel issues.                                  | 0.30 350.00/hr | |
|            | Review correspondence re personnel matters.                                             | 0.55 350.00/hr | |
| 5/11/2009  | Review and analyze employee vacation and sick leave matter.                             | 0.55 350.00/hr | |
| 5/21/2009  | Review correspondence re COBRA subsidy program.                                         | 0.20 350.00/hr | |
| 6/1/2009   | Review correspondence re ADP - Cobra relief program.                                    | 0.10 350.00/hr | |
| 7/10/2009  | Review correspondence and file materials re E. Crowley labor commission claim and draft respone to same. Legal research re impact of bankruptcy filing on labor commission claim. | 2.20 350.00/hr | |
| 7/13/2009  | Review E. Crowley labor claim. Telephone call to M. Laboy of Labor Commission. Letter to Labor Commission. | 0.90 350.00/hr | |
| 7/14/2009  | Review correspondence re Southern California EDD classification audit. Legal research re status of personnel. | 0.90 350.00/hr | |
|            | Revise letter to Labor Commission re E. Crowley and transmit.                           | 0.15 350.00/hr | |

| | Hrs/Rate | Amount |
|---|---|---|

7/15/2009  Review correspondence re Southern California EDD classification audit.
0.40
350.00/hr

Review correspondence re E. Crowley.
0.15
350.00/hr

7/16/2009  Review and analyze effect of bankruptcy filing on E. Crowley Labor
Commission claim (further analysis).
0.20
350.00/hr

7/26/2009  Letter to Labor Commission re E. Crowley matter.
0.25
350.00/hr

8/12/2009  Review and respond to correspondence re EDD inquiry.
0.35
350.00/hr

8/27/2009  Review correspondence re EDD inquiry and respond.
0.40
350.00/hr

8/31/2009  Review correspondence re EDD classification audit and respond.
0.40
350.00/hr

SUBTOTAL:                                                                   [      19.00       6,650.00]

Southern California Operations

2/27/2009  Telephone conference with J. Young re handling of licensee agreements and
supervision of licensees in Southern California. Legal research re broker
responsibility re same.
1.15
350.00/hr

Returned telephone call from Bruce Charles, attorney for J. Randazzo re
Southern California projects proposed to be managed by Strategic.
0.10
350.00/hr

Returned telephone call from Matt Montgomery at Plaza Irvine (Opus) re
handling of existing escrows. Telephone call from M. Montgomery re same
(extended).
0.60
350.00/hr

Telephone conference with G. Ryness re Plaza Irvine project and handling of
pending escrows.
0.15
350.00/hr

Telephone conference with G. Ryness re handling of claims for unreimbursed
commission advances at Southern California projects.
0.15
350.00/hr

Telephone conference with G. Ryness re proposed management agreement
with J. Randazzo/Strategic.
0.15
350.00/hr

2/28/2009  Draft proposed Randazzo/Strategic management agreement.
0.65
350.00/hr

|  | | Hrs/Rate | Amount |
|---|---|---|---|

| Date | Description | Hrs/Rate |
|---|---|---|
| 3/1/2009 | Review and revise Randazzo/Strategic management agreement. | 0.65<br>350.00/hr |
| 3/2/2009 | Review and respond to correspondence re Plaza Irvine. | 0.20<br>350.00/hr |
| | Telephone call to J. Randazzo re Southern California projects; Telephone conference with J. Randazzo re same. | 0.60<br>350.00/hr |
| | Telephone conference with C. Nicholas re certain Southern California projects. | 0.10<br>350.00/hr |
| | Telephone conference with J. Randazzo re City Place, Plaza Irvine, and Vantage Pointe projects | 0.20<br>350.00/hr |
| 3/3/2009 | Review revisions to proposed agreement for management of certain SoCal projects; Memorandum to G. Ryness re same. | 0.45<br>350.00/hr |
| | Review and analysis of SoCal contract matters. | 1.05<br>350.00/hr |
| 3/4/2009 | Telephone call to K. White at DR Horton re certain SoCAl projects and outstanding commission advances. | 0.30<br>350.00/hr |
| | Telephone call to J. Randazzo. | 0.10<br>350.00/hr |
| | Telephone conference (extended) with J. Randazzo re Plaza Irvine and City Place projects. | 0.40<br>350.00/hr |
| | Telephone call from G. Ryness re Vue/Carlyle Group. | 0.20<br>350.00/hr |
| 3/5/2009 | Review and detailed analysis of SoCal marketing agreements. | 3.25<br>350.00/hr |
| 3/8/2009 | Work on analysis of pending SoCal contracts. | 3.50<br>350.00/hr |
| | Telephone conference with J. Randazzo re City Place project. Telephone conference with D. Flores (developer's attorney) re same. | 0.35<br>350.00/hr |
| | Telephone conference with C. Nicholas re Trammell Crow and DR Horton projects. | 0.35<br>350.00/hr |
| 3/9/2009 | Review correspondence re SoCal projects. | 0.60<br>350.00/hr |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/9/2009 | Telephone conference (extended) with G. Ryness and J. Young re SoCal projects. | 1.65 350.00/hr |  |
| 3/10/2009 | Review proposed termination documents re Bluwater; review Bluwater agreement; Memorandum to G. Ryness re same. | 0.45 350.00/hr |  |
|  | Telephone call from G. Ryness re terms of proposed Strategic management agreement. | 0.20 350.00/hr |  |
| 3/11/2009 | Work on draft of proposed assignment and assumption of SoCal contracts. | 2.75 350.00/hr |  |
|  | Telephone conference with G. Ryness re proposed assignment of contracts; Work on revisions to same. | 0.55 350.00/hr |  |
| 3/12/2009 | Work on revisions to assignment of contracts and transmit to C. NIcholas for comments. | 0.30 350.00/hr |  |
|  | Draft Strategic assignment and assumption of contacts. | 0.85 350.00/hr |  |
|  | Telephone conference with G. Ryness, J. Young re SoCAl projects (extended). | 1.05 350.00/hr |  |
| 3/13/2009 | Telephone conference with J. Young re assignment of licensee agreements to CADO (C. Nicholas) and Strategic (Randazzo). Analyze SoCal contracts re assignability of licensee and marketing agreements. | 1.35 350.00/hr |  |
|  | Telephone conference with J. Young re handling of builder commission advances for SoCal projects (extended). | 0.65 350.00/hr |  |
|  | Telephone conference with G. Ryness and J. Young re status of SoCal projects (extended). | 0.80 350.00/hr |  |
| 3/14/2009 | Work on declaration of G. Ryness re termination of SoCal marketing agreements; analysis of business judgment regarding withdrawal from Southern California market. | 0.95 350.00/hr |  |
| 3/15/2009 | Work on G. Ryness declaration re assignment and assumption of SoCal marketing agreements. Review and revise documentation re same. | 2.85 350.00/hr |  |
| 3/16/2009 | Work on revisions to G. Ryness declaration re SoCal agreements. | 0.85 350.00/hr |  |
| 3/17/2009 | Review correspondence from C. Nicholas; review markup of assignment and assumption agreement. | 0.40 350.00/hr |  |
|  | Telephone conference with G. Ryness re SoCal escrows. Telephone conference with J. Young re same. | 0.65 350.00/hr |  |

|  | Hrs/Rate | Amount |
|---|---|---|

| 3/18/2009 | Work on changes to G. Ryness declaration re termination of marketing agreements. | 1.10 350.00/hr | |
| | Telephone conference with J. Randazzo re City Place; Telephone conference with D. Flowers (attorney for City Place). | 0.35 350.00/hr | |
| | Telephone conference with J. Randazzo re City Place (following telephone discussion with D. Flowers). | 0.30 350.00/hr | |
| | Telephone conference with D. Flowers re City Place. | 0.30 350.00/hr | |
| | Telephone conference with J. Randazzo re City Place. | 0.20 350.00/hr | |
| | Telephone conference with C. Nicholas re CADO/Nicholas SoCal projects. | 0.15 350.00/hr | |
| 3/19/2009 | Review and analyze interim arrangementst re management of SoCal projects. | 2.25 350.00/hr | |
| | Work on G. Ryness declaration re termination of SoCal marketing agreements. | 1.85 350.00/hr | |
| 3/20/2009 | Telephone conference with J. Randazzo re Ontario Times Square; Telephone conference with G. Ryness re same. | 0.65 350.00/hr | |
| | Telephone conference with J. Randazzo re City Place; Telephone call to P. Privett re same; Telephone call to D. Flowers re same. | 0.65 350.00/hr | |
| | Review and analysis of agent draw balances at Southern California projects. | 0.55 350.00/hr | |
| 3/23/2009 | Telephone conference with J. Young re agent draw balances. | 0.20 350.00/hr | |
| | Telephone conference with J. Randazzo. | 0.20 350.00/hr | |
| 3/24/2009 | Review correspondence re California Department of Real Estate issues relating to SoCal marketing agreements and agent relationships. | 0.55 350.00/hr | |
| | Telephone conference with K. White re DR Horton projects. | 0.20 350.00/hr | |
| | Telephone conference with G. Ryness re DR Horton/Atlas project. | 0.20 350.00/hr | |

|            |                                                                                                        | Hrs/Rate | Amount |
|------------|--------------------------------------------------------------------------------------------------------|----------|--------|
| 3/25/2009  | Telephone conference with J. Young re DR Horton/Atlas (2 calls).                                        | 0.60 350.00/hr |  |
| 3/26/2009  | Telephone conference with P. Privett of J.H. Snyder re Ontario Times Square (extended).                 | 0.45 350.00/hr |  |
|            | Telephone call to D. Flowers re City Place.                                                             | 0.10 350.00/hr |  |
| 3/27/2009  | Telephone conference with J. Randazzo re City Place. Review City Place agreement and addendum; Telephone conference with J. Young re same. | 0.95 350.00/hr |  |
|            | Telephone conference with J. Randazzo re City Place.                                                    | 0.20 350.00/hr |  |
| 3/29/2009  | Review SoCal marketing agreements; review and revise G. Ryness declaration re termination of same.     | 0.70 350.00/hr |  |
|            | Telephone conference with D. Flowers re City Place.                                                     | 0.20 350.00/hr |  |
| 3/31/2009  | Review DR Horton/Atlas marketing agreement.                                                             | 0.15 350.00/hr |  |
| 4/5/2009   | Review and analyze handling of builder commission advances and treatment of same.                      | 0.70 350.00/hr |  |
| 4/6/2009   | Telephone conference with D. Flowers re City Place.                                                     | 0.15 350.00/hr |  |
| 4/8/2009   | Review revised G. Ryness declaration re termination of SoCal marketing agreements. Review revised exhibits to declaration. | 0.40 350.00/hr |  |
|            | Telephone call to C. Nicholas (CADO) re certain SoCal projects.                                        | 0.10 350.00/hr |  |
|            | Returned telephone call re termination of SoCal marketing agreements.                                  | 0.15 350.00/hr |  |
| 4/9/2009   | Telephone call from D. Flowers re status of motion to terminate marketing agreements.                  | 0.10 350.00/hr |  |
| 4/12/2009  | Review correspondence re City Place.                                                                    | 0.15 350.00/hr |  |
| 4/13/2009  | Review correspondence re Atlas and City Place projects.                                                 | 0.20 350.00/hr |  |

|            |                                                                                                      | Hrs/Rate | Amount |
|------------|------------------------------------------------------------------------------------------------------|----------|--------|
| 4/15/2009  | Review correspondence re Bluwater project; Memorandum to G. Ryness re same.                           | 0.35 350.00/hr |  |
| 4/16/2009  | Review motion to terminate marketing agreements.                                                     | 0.20 350.00/hr |  |
| 4/22/2009  | Returned telephone call from J. Randazzo.                                                            | 0.10 350.00/hr |  |
| 4/24/2009  | Review order for termination of marketing agreements; review form of termination and management agreements and prepare final versions of same. Memorandum to J. Randazzo (Strategic) and C. Nicholas (CADO) transmitting same. | 1.10 350.00/hr |  |
| 4/27/2009  | Review correspondence re termination of marketing agreements. Analyze effect on operations. Memorandum to C. Nicholas (CADO) re same. | 0.45 350.00/hr |  |
| 4/28/2009  | Review correspondence re Bluwater. Review proposed changes to termination agreement to reflect unique project circumstances. Memorandum to C. Nicholas (CADO) re same. | 0.80 350.00/hr |  |
|            | Telephone conference with J. Randazzo re City Place.                                                 | 0.40 350.00/hr |  |
|            | Telephone call to D. Flowers (attorney for City Place).                                              | 0.10 350.00/hr |  |
|            | Review Carlyle/Vue termination agreement; correspondence with G. Ryness re same.                     | 0.20 350.00/hr |  |
| 5/1/2009   | Review correspondence re Atlas/DR Horton; review documents re Atlas project.                         | 0.35 350.00/hr |  |
| 5/5/2009   | Telephone call from D. Flowers re City Place.                                                        | 0.20 350.00/hr |  |
|            | Telephone call from J. Randazzo re City Place.                                                       | 0.15 350.00/hr |  |
|            | Review and analysis of City Place matter and proposal by City Place attorney.                        | 0.70 350.00/hr |  |
|            | Review correspondence from T. Bruning of Caryle Group re Vue project. Memorandum to T. Bruning re same. | 0.45 350.00/hr |  |
| 5/11/2009  | Returned telephone call from J. Randazzo re Strategic projects.                                      | 0.20 350.00/hr |  |

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/14/2009 | Review correspondence re Vantage Pointe project. | 0.10 350.00/hr | |
| | Telephone conference with C. Nicholas re Vantage Pointe. Telephone conference with G. Ryness re same. Discussion re preparation of demand letter re consulting fees. | 0.30 350.00/hr | |
| 5/18/2009 | Review and analysis of Vantage Pointe contract and amendments; Telephone conference with C. Nicholas re same. | 0.95 350.00/hr | |
| 5/19/2009 | Returned telephone call from T. Bruning of Carlyle re Vue Project. | 0.10 350.00/hr | |
| | Review amendment of CADO management agreement re West Ocean II project; Memorandum to G. Ryness re same. | 0.20 350.00/hr | |
| 5/21/2009 | Telephone call to T. Bruning; Review correspondence to Carlyle/Vue. | 0.30 350.00/hr | |
| 5/22/2009 | Telephone conference with T. Bruning re Carlyle/Vue. | 0.30 350.00/hr | |
| 5/29/2009 | Telephone call to T. Bruning re Caryle/Vue. | 0.10 350.00/hr | |
| 6/10/2009 | Telephone conference with G. Ryness. | 0.20 350.00/hr | |
| 6/12/2009 | Review and respond to correspondence re Carlyle/Vue. | 0.15 350.00/hr | |
| 6/24/2009 | Telephone conference with C. Nicholas re Carlyle/Vue. Telephone call to Mara Escrow re same. | 0.20 350.00/hr | |
| 8/31/2009 | Review SoCal termination agreements; Telephone call to J. Randazzo re City Place. | 0.40 350.00/hr | |
| | SUBTOTAL: | [      55.60 | 19,460.00] |
| | For professional services rendered | 185.10 | $64,785.00 |

Additional Charges :

|  |  | Amount |
|---|---|---|
| | Corporate - General | |
| 5/4/2009 | Filing Fees - California Statement of Information for TRC Services Corporation. | 25.00 |
| 7/26/2009 | Filing Fees -- California Statement of Information for subsidiary. | 25.00 |
| 8/3/2009 | Costs Advanced - Photocopies (Pacer document charges). | 10.24 |
| 8/15/2009 | Filing Fees -- dissolution of TRC Northwest. | 20.00 |
| | SUBTOTAL: | [     80.24] |
| | Total additional charges | $80.24 |
| | Total amount of this bill | $64,865.24 |
| | Balance due | $64,865.24 |

# EXHIBIT C



# MONROE
### L A W   G R O U P

101 California Street, Suite 2450
San Francisco, California 94111
Telephone: (415) 869-1575
Fax: (415) 723-7423

October 2, 2009

Mr. Gary Ryness
The Ryness Company
801 San Ramon Valley Boulevard
Danville, CA 94526

Re:    The Ryness Company, Inc., The Ryness Company
       California, Inc., and TRC Services Corporation, Inc.
       Case Nos. 09-41466, 09-41475, 09-41476

Dear Gary:

Enclosed please find copies of the First Interim Applications for Compensation and Reimbursement of Expenses for the Period February 26, 2009 through August 31, 2009 of Monroe Law Group and The Law Office of William W. Washauer, which we are filing with the United States Bankruptcy Court.  The hearing on these applications will be conducted in the Bankruptcy Court on October 22, 2009, at 2:30 p.m., before the Honorable Edward D. Jellen.

The Court's Guidelines for Compensation and Reimbursement of Professionals and Trustees provide that a debtor in possession, a trustee or an official committee must exercise reasonable business judgment in monitoring fees and expenses of the estate's professionals.  We invite you to discuss any objections, concerns or questions you may have with us.  The Office of the United States Trustee will also accept your comments. The Court will also consider timely filed objections by any party in interest at the time of the hearing.

Sincerely,

James S. Monroe