William W. Washauer, Esq. (SBN 067948)
LAW OFFICE OF WILLIAM W. WASHAUER
775 Blithedale Avenue, #407
Mill Valley, CA 94941
Telephone: (415) 381-9903
Facsimile: (415) 381-9904

Special Corporate Counsel for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>THE RYNESS COMPANY, INC., a California corporation; THE RYNESS COMPANY CALIFORNIA, INC., a California corporation; and TRC SERVICES CORPORATION, INC., a California corporation,<br><br>                Debtors.<br><br>801 San Ramon Valley Blvd.<br>Danville, CA 94526<br><br>Employer's Tax ID No.: 14-1878323; 33-0805836; 94-2314419 | Case Nos. 09-41466<br>                 09-41475<br>                 09-41476<br><br>[Jointly Administered Under Case No. 09-41466; Pleading Applies to All Cases]<br><br>Chapter 11<br><br>**DECLARATION OF WILLIAM W. WASHAUER IN SUPPORT OF FIRST APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL CORPORATE COUNSEL FOR DEBTORS FOR THE PERIOD OF FEBRUARY 26, 2009 THROUGH AUGUST 31, 2009**<br><br>Date:    October 22, 2009<br>Time:   2:30 p.m.<br>Place:   1300 Clay Street, Room 215<br>            Oakland, CA 94612<br>Judge:  Honorable Edward D. Jellen |

DECLARATION OF WILLIAM W. WASHAUER IN SUPPORT
OF FIRST APPLICATION FOR INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES BY SPECIAL
CORPORATE COUNSEL FOR DEBTORS

I, William W. Washauer, declare as follows:

1. I am an attorney at law, licensed to practice in this State and before this Court and a principal of the Law Office of William W. Washauer (the "Firm"), special corporate counsel for The Ryness Company, Inc., The Ryness Company California, Inc., and TRC Services Corporation, Inc., (collectively, the "Debtors"), debtors and debtors in possession in the above-captioned chapter 11 bankruptcy cases filed on February 26, 2009 (the "Bankruptcy Cases"). I have personal knowledge of the facts set forth in this declaration, and, if called to testify, could and would competently testify thereto.

2. This declaration is submitted in support of the FIRST APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL CORPORATE COUNSEL FOR DEBTORS FOR THE PERIOD OF FEBRUARY 26, 2009 THROUGH AUGUST 31, 2009 (the "Application").

3. On April 1, 2009, this Court entered its Order Authorizing and Approving Employment of Special Corporate Counsel which authorized the Debtors to employ the Firm on an hourly basis, effective February 26, 2009, to provide services as general corporate counsel for the Debtors, including without limitation: (a) advising and representing the Debtors relating to general corporate matters, corporate transactions, acquisition and/or asset disposition issues, investigation, research and analysis of legal and factual corporate issues, analysis and application of law, negotiations with opposing counsel, drafting and preparation of corporate documents, contracts and agreements, written and oral communications with other parties and the Debtors; (b) providing services related to tax issues, employee benefit issues, employment issues, and general commercial litigation as the Debtors may determine necessary or appropriate to commence or defend; and (c) providing services in relation to other corporate matters as the Debtors deem appropriate. A true and correct copy of this order is attached to the Application as **Exhibit A** and incorporated herein by reference.

4. Copies of the fee statements maintained in the ordinary course of business by the Firm, reflecting the services rendered and expenses incurred and recorded by the Firm for the period

DECLARATION OF WILLIAM W. WASHAUER IN SUPPORT
OF FIRST APPLICATION FOR INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES BY SPECIAL
CORPORATE COUNSEL FOR DEBTORS

-2-

Case: 09-41466    Doc# 170    Filed: 10/02/09    Entered: 10/02/09 16:01:46    Page 2 of 3

of February 26, 2009 through August 31, 2009 (the "Application Period") are attached to the Application as **Exhibit B** and are incorporated herein by reference. The fee statements are divided into sections that correspond to the billing categories summarized by the Application.

5. The statements attached to the Application are true and correct to the best of my knowledge, information and belief, and I hereby make an offer of proof that if called as a witness I could and would competently testify thereto.

6. The Firm did not receive a retainer at the commencement of its representation of the Debtors and has not received any compensation for services rendered or expenses incurred during the Application Period. The Firm has not entered into any agreement to share any compensation paid to the Firm from or on behalf of the Debtors. Except for payments from the Debtors to the extent approved by the Court, no payments have been made or promised to the Firm for services rendered or to be rendered in connection with the Bankruptcy Cases.

7. Within one year immediately preceding the Bankruptcy Cases and in the ordinary course of business, the Firm received compensation for services rendered to, and costs advanced on behalf of, the Debtors in the amount of $224,000 (primarily for general corporate services, but also for some pre-bankruptcy related services).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed at San Francisco, California, on October 1, 2009.

*/s/ William W. Washauer*
William W. Washauer

DECLARATION OF WILLIAM W. WASHAUER IN SUPPORT OF FIRST APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SPECIAL CORPORATE COUNSEL FOR DEBTORS -3-

Case: 09-41466   Doc# 170   Filed: 10/02/09   Entered: 10/02/09 16:01:46   Page 3 of 3