James S. Monroe, Esq. (SBN 102328)
MONROE LAW GROUP
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 869-1575
Facsimile: (415) 723-7423
Email: jim@monroe-law.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>THE RYNESS COMPANY, INC., a California corporation; THE RYNESS COMPANY CALIFORNIA, INC., a California corporation; and TRC SERVICES CORPORATION, INC., a California corporation,<br><br>                      Debtors.<br><br>  801 San Ramon Valley Blvd.<br>  Danville, CA 94526<br><br>Employer's Tax ID No.: 14-1878323; 33-0805836; 94-2314419 | Case Nos. 09-41466<br>               09-41475<br>               09-41476<br><br>[Jointly Administered Under Case No. 09-41466; Pleading Applies to All Cases]<br><br>Chapter 11<br><br>**NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF DEBTORS' JOINT PLAN OF REORGANIZATION (DATED AUGUST 25, 2009)** |

NOTICE IS HEREBY GIVEN that all conditions to the occurrence of the Plan Effective Date as provided in Article 10 of the Debtors' Joint Plan of Reorganization (Dated August 25, 2009) (the "Plan"), which was confirmed by order of the Court entered herein on November 20, 2009, have been satisfied and the Effective Date of the Plan is January 1, 2010.

Dated: January 2, 2010          MONROE LAW GROUP

                         */s/ James S. Monroe*
                         James S. Monroe
                         Attorneys for Debtors